Exhibit A-A-1



# COVID-19 Lab Result Notification
## (Aviso de resultados de laboratorio)

| Name: Schlobohm, Matthew | DOB: 5/12/1983 | ID#: 178607 |
|---|---|---|
| Date/Time: | Allergies: | Gender: M |

*COVID-19 is a respiratory illness caused by a newly identified coronavirus, SARS-CoV-2. Symptoms of COVID-19 include cough, fever or chills, shortness of breath or difficulty breathing, muscles or body aches, sore throat, new loss of taste or smell, diarrhea, headache, fatigue and nausea and vomiting. COVID-19 can be severe, and in some cases result in death.*

*COVID-19 can be spread from person to person. Prevention involves avoiding contact with those who may have the virus; this includes frequent handwashing, coughing into tissues or the bend in your elbow, and wearing a mask or cloth face covering when you cannot practice physical distancing.*

Your test results were **negative** for COVID-19 on 12/13/22 (date).

*If you have any questions or concerns about the test result, please submit a health services request form to talk to a health care staff member.*

Staff Name: [signature]                                    Date: 12/14/22

---

*El COVID-19 es una enfermedad respiratoria causada por un coronavirus recientemente identificado, SARS-CoV-2. Los síntomas del COVID-19 incluyen tos, fiebre o escalofríos, falta de aire o dificultad para respirar, dolores musculares o corporales, dolor de garganta, pérdida reciente del gusto u olfato, diarrea, dolor de cabeza, fatiga, náuseas y vómitos. El COVID-19 puede ser grave y en algunos casos, mortal.*

*El COVID-19 se puede contagiar entre personas. La prevención implica evitar el contacto con quienes pueden tener el virus; esto incluye lavarse las manos con frecuencia, toser en pañuelos o en el pliegue del codo, y usar una mascarilla o una cobertura facial de tela cuando no pueda practicar distanciamiento físico.*

Los resultados de su prueba de COVID-19 dieron **negativo** el _____ (fecha).

*Si tiene preguntas o preocupaciones sobre el resultado de la prueba, envíe un formulario de solicitud de servicios médicos para hablar con un miembro del personal de atención médica.*

Nombre del miembro
del personal: _____    Fecha: _____

| Form Folder and Number: | Form Owner: | Accreditation: | Active / Last Revision Date: |
|---|---|---|---|
| Communicable Disease CD21.1 | Kanna Purcell | | July 2, 2020 |

EXHIBIT #-1




# WYANDOTTE COUNTY SHERIFF'S OFFICE DETENTION CENTER
## INMATE COMMUNICATION FORM

PRINT NAME: Matthew Schlosser

POD: B  CELL: 3D  DATE: 1-15-23  TIME: 1:05pm

TO: Administration   Title: Major or Captain on duty

SUBJECT: State completely but briefly the problem on which you desire assistance and how you believe your request can be handled.

I fear for my life in this cell. I told Ms. Reed that I have lung damage from pulmonary emboli + current COVID infection which makes breathing very painful + laborious and the strong, noxious chemical & odor I can feel is permanently causing irreparable harm to my lungs.

So I need to go to P.C. ASAP

Thank you.

INMATE SIGNATURE: MrSc   BOOKING #: 2022005113

DISPOSITION:   DATE: 15 Jan 2023

You have court scheduled for 1/18/2023 why do you need P.C.?

Signature: A/CPT ___ 1657   Title:

REVISED 5/2022