Matthew Schlobohm; 178607
Wyandotte County Adult Detention Center
710 N. 7th St.
Kansas City KS 66101

KANSAS CITY 640
17 JAN 2023 PM 3 L
USA FOREVER

RECEIVED
JAN 19 2023
CLERK, U.S. DISTRICT COURT
KANSAS CITY, KANSAS

URGENT
LEGAL MAIL

Robert J. Dole Courthouse
500 State Ave, Room 259
Kansas City KS 66101

66101-244899

"The enclosed letter was processed through privileged mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address."



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019