## ⋕ wellpath
### To hope and healing

**EXHIBIT A**
### COVID-19 Positive Test Results
### Patient Letter

Name: Schlobohm, Matthew   ID#: 178607   DOB: 5/12/1983
Date/Time: ⟵ they intentionally left blank   Allergies: (circled)   Gender: M

Dear Patient,

You were recently tested for COVID-19 with a nasal swab. This is use to diagnose people who are currently infected with COVID-19. While this is the most reliable test available for COVID-19, swabs can sometimes fail to pick up active infection.

It is possible that a large proportion of the population will have COVID-19 yet have no symptoms at all. This appears to occur more often in the healthiest and younger age groups. COVID-19 positive individuals may still spread the virus during the time that they are asymptomatic (no symptoms).

Meador

Your test was **POSITIVE** for COVID-19. This means that you can pass COVID-19 to other individuals.

NOTIFY MEDICAL IMMEDIATELY IF you have or develop:   R. MEADOR

- Fever
- Chills, Shaking
- Body Aches
- Muscle Aches
- Headache
- Sore throat
- Cough
- Shortness of Breath
- Loss of taste or smell
- Diarrhea

*I immediately informed Dep. the deputy that I had every one of these symptoms now — that I have for days now — and that I have a compromised immune system + that I needed to go to a hospital. 12/23 4pm*

*Again I begged to be taken to a hospital and informed of all these symptoms 12/23/22 5:29*

In the meantime: *p.A.*

- Use your mask when out of your cell.
- Cover your cough or sneeze
- Wash your hands frequently for at least 20 seconds with soap and water
- Keep your distance from others when possible; at least 6 feet

Wellpath Medical Care Team

*↳ its falsifying documents + dates on ICFs to make it appear that they have addressed any of my issues. Exhibits A9 & 10. They put "12/19" as the date they processed my sick call ICFs from Dec.10 & Dec.15 but really they didn't process them until 12/23/22. And even then they just fabricated specious excuses to deny any care at all 12/23/22 6:10pm- Dep Meador says he hasn't even told MEDICAL yet! It's been hours (and, of course, they've known for much longer). After I say, "This is an emergency! Do you realize that you're playing with my life?" he says, "here you go again..." !!!*