EXHIBIT H-1

**WYANDOTTE COUNTY SHERIFF'S OFFICE DETENTION CENTER**

**INMATE COMMUNICATION FORM**

PRINT NAME: Matthew Schlobohm

POD: ~~B~~ Box SB   CELL: 3 D   DATE: 1-15-23   TIME: ~~⊘⊘~~ 1:05 pm

TO: Administration           Title: Major or Captain on duty

SUBJECT: State completely but briefly the problem on which you desire assistance and how you believe your request can be handled.

I fear for my life in this cell. I told Ms. Reed that I have lung damage from pulmonary emboli + current COVID infection which makes breathing very painful + laborious and the strong, noxious chemical & odor I can feel is permanently causing irreparable harm to my lungs. So I need to go to P.C. ASAP

Thank you.

INMATE SIGNATURE: VVSC          BOOKING # 2022005113

DISPOSITION: _____          DATE: 15 Jan 2023

You have court scheduled for 1/18/2023 why do you need P.C.?

Signature: A/UPT _____ 1657          Title: _____

REVISED 5/2022

32