### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MATTHEW SCHLOBOHN** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **CASE NO.: 23-3014-JWL** |
| | ) |
| **DONALD ASH, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### MARTINEZ REPORT

**COMES NOW**, the Wyandotte County Sheriff's Office (WYSO), as an Interested Party, by and through counsel, respectfully submits the Martinez Report ordered by this Court on September 20, 2023 [DOC. 49] as an aid to the Court in further screening the merits of Plaintiff's (Schlobohn) claims. This report is based upon affidavit testimony and internal facility documentation available at the time of preparation. Interested Party WYSO reserves the right to seek leave to supplement this report in the unlikely event additional evidence is discovered or becomes available.

### Summary of Investigation

A review of the relevant facility documentation and along with interviews of witnesses and persons knowledgeable about Schlobohn's claims have been compiled, and now are submitted to the Court as Exhibits attached hereto and incorporated as if fully set forth herein. Based upon the foregoing inquiry, the findings and conclusions are rendered below and cited to each supporting Exhibit.

## **FINDINGS OF THE WYANDOTTE COUNTY SHERIFF'S OFFICE**

**Allegations:**

Plaintiff's claims relate to the conditions of his confinement and the medical care provided at the WCDC. He alleges that the WCDC was overcrowded, understaffed, and filthy. He states that he was locked down 24 hours a day.  Plaintiff further alleges that despite having multiple serious conditions, he received none of his prescribed medication while at the WCDC.  He asserts that he was refused a COVID-19 vaccination, contracted COVID-19, became very ill, and did not receive adequate treatment. Plaintiff claims that the defendants interfered with his legal mail and denied him access to the courts.  [DOC. 49, pg. 1]

**Response:**

The foregoing allegations are without merit.  The affidavit and exhibits attached hereto are incorporated as if fully set forth herein.  A third-party contractor, Wellpath, provides medical care and treatment to offenders incarcerated at the Wyandotte County Detention Center. At the request of the WYSO, Wellpath, with the approval of their independent legal counsel, conducted a comprehensive review of Plaintiff's medical records, and have provided affidavit testimony and supporting documentation relative to Plaintiff's care and treatment during his incarceration.  The WYSO can provide a full copy of Plaintiff's medical records upon order and under seal if the Court deems it necessary.  During his residency at the WCDC, Plaintiff received timely appropriate medical care and treatment for his ailments.  His legal mail and access to the Courts was not interfered with.  He had tablet and law library access and was provided with envelopes, stamps, and notary services upon request and in a timely manner.

His housing conditions were sanitary and clean, and his movement was limited due to COVID-19 protocols in place at the time of his incarceration.

**Supporting Exhibit(s): 1, A, B, C, D & 2**

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Affidavit of Dee Dee Gregory with Medical Record Exhibits A,B,C, & D attached. |
| 2 | Affidavit of Major Charles Patrick |

Respectfully Submitted,

/s/     Joni Cole
Joni Cole, KBN 24798
710 N. 7th Street
Kansas City, Kansas 66101
Ph:  913-573-5069
Email: jscole@wycokck.org

## CERTIFICATE OF SERVICE

I certify that on this 20th day of February, 2024, a true and correct copy of the foregoing was filed using the District Court CM/ECF system with a hard copy mailed to the Plaintiff at:

Matthew Charles Schlobohm
4210 Clark Avenue, Apt. 302
Kansas City, MO 64111

/s/     Joni Cole
Legal Advisor to the Sheriff