EXHIBIT 1

# AFFIDAVIT

**State of Kansas**        )
                           )  ss:
**County of Wyandotte**    )

I, Dee-Dee Gregory, RN, employed with Wellpath, LLC, as Health Services Administrator at Wyandotte County Detention Center, being duly sworn according to law upon my oath, do hereby depose and state as follows:

1. My name is Dee-Dee Gregory. I am a Registered Nurse. I am employed by Wellpath, LLC, as the Health Services Administrator ("HSA") at Wyandotte County Detention Center.

2. This affidavit is based on my own personal knowledge.

3. I am familiar with the inmate Matthew Schlobohm in my capacity as the HSA for Wellpath at Wyandotte County Detention Center.

4. Mr. Schlobohm was booked into the Wyandotte County Detention Center on December 5, 2022.

5. Pursuant to Wellpath policy, Mr. Schlobohm was medically screened into the facility on December 5, 2022.

6. Based on this screening, Mr. Schlobohm was given a referral to mental health based on his reports of prior mental health history, and a referral for chronic care for his history of Hep C, celiac disease, anticoagulant disorder, seizures and thyroid issues.

7. As part of the screening process, Mr. Schlobohm was asked to complete a medication verification form and provide information for what pharmacies the verification form should be sent. Mr. Schlobohm provided a medication form for Walgreens.

8. Mr. Schlobohm reported during screening that he took Xarelto and Adderall.

9. When Wellpath contacted Walgreens and Express Scripts, it was informed that there was no record of Xarelto for Mr. Schlobohm. *See* Exhibits A and B.

10. Adderall is for ADHD and is not permitted in the facility due to security reasons.

11. Mr. Schlobohm signed ROIs to collect medical records from KU and Sleep Disorders Institute OP. Neither provided records showing an active prescription for Xarelto.

12. During the screening process Mr. Schlobohm stated he was allergic to gluten and lactose intolerant. An order was received by the provider to place him on a gluten free, lactose free diet.

13. On December 6, 2022, Mr. Schlobohm was seen by mental health for an initial assessment. During the assessment, the Mental Health Professional found the following: "patient does not appear to present with any psychosis, mania, nor depression. Pt. reports a heightened state of anxiety due to their current incarceration. Pt. reports a hx of mental health issues with associated prescriptions. MHP provides pt. with ROI. ROI provided to MHP supervisor for faxing. Pt. describes a family hx of mental illness, a psychiatric hospital admission, hx of serious head/brain injury, hx of psychiatric hospital treatment, childhood abuse, and suicide attempts. MHP will follow up with pt. on 12/13/22. Pt. states their reason for living as, 'I feel empowered now, I have a job now and feel productive.' No current SI/HI indicated. Informed pt. on how to contact MH services if needed."

14. On December 7, 2022, Mr. Schlobohm submitted a sick call request asking to be removed from the dairy free and gluten free diets. Mr. Schlobohm was educated that he would need to stay on diets due to his allergies and celiac disease diagnosis. He was also educated he did not qualify for double portions as he had a normal BMI.

15. Mr. Schlobohm was also seen on December 7, 2022, based on a sick call for nausea and diarrhea. He was started on Meclizine twice a day for 3 days to help with nausea and Loperamide for 3 days to help with diarrhea.

16. On December 13, 2022, Mr. Schlobohm placed a sick call wanting to be taken off gluten free diet due to "the food being terrible." He was again educated on the risks of coming off the gluten free diet. Mr. Schlobohm stated he understood and still wanted to be taken off because the food is terrible. He signed a refusal document and was taken off gluten free diet.

17. On December 13, 2022, Mr. Schlobohm was given a COVID test which was negative. He was informed of these results on December 14, 2022.

18. Mr. Schlobohm was seen by Mental Health on December 13, 2022, and he was scheduled to see the psychiatrist.

19. On December 15, 2022, Mr. Schlobohm was seen for multiple complaints in sick call. Mr. Schlobohm was requesting a double mattress or a mattress that is 6 inches thick due to back pain. A back pain protocol was completed, and he was started on Tylenol. Mr. Schlobohm was educated that he did not qualify for more than one mattress. Mr. Schlobohm also requested double meals and snack because he stated he had lost 30 pounds in 5 weeks. Note, Mr. Schlobohm had only been at the facility for 10 days and his weight had been maintained since his intake on December 5, 2022. As Mr. Schlobohm's BMI was normal, he was educated that he did not qualify at that time for

double meals. Mr. Schlobohm also inquired about his Xarelto for a clotting disorder and to be put on a special razor because of this clotting disorder. Mr. Schlobohm was informed that Walgreens had indicated he did not have an active prescription for Xarelto and that medical did not have record of him having a clotting disorder so he could not be given a special razor, but he was told to talk to Programs.

20. During the December 15, 2022, appointment, Mr. Schlobohm requested for the first time to receive a COVID vaccination. Mr. Schlobohm was put on the list to receive the vaccination.

21. On December 19, 2022, Mr. Schlobohm was seen in the clinic with concerns of not receiving his medications for his mental health diagnosis. Mr. Schlobohm was informed he was on the list to see the psychiatrist.

22. On December 20, 2022, Mr. Schlobohm reported a fever, headache, body aches and noxious. He was tested for COVID and it was positive. He was started on COVID protocol. He was given Tylenol, Vitamin D, Zinc Sulfate, Mucinex, Loperamide, and Zofran and placed on Isolation for 10 days. *See* Exhibit C.

23. Per CDC guidelines, Mr. Schlobohm could not be given the COVID vaccination while he was positive with COVID. Mr. Schlobohm was placed on the vaccination list to be given the COVID vaccination 28 days after his symptoms started per policy.

24. On December 27, 2022, Mr. Schlobohm's vitals were taken and stable. Mr. Schlobohm voiced difficulty breathing, and thick yellow mucous. He was provided COVID protocol mediations for symptoms.

25. On January 1, 2023, Mr. Schlobohm was seen for sick calls related to joint/ muscle pain. He also reported a lot of mucus said it is black sometimes. Mr. Schlobohm also stated there is blood when he has a bowel movement. Nurse asked him if he could leave the specimen in the toilet for a nurse to observe, but he did not feel comfortable to do that. Nurse suggested doing a hemoccult stool sample and Mr. Schlobohm refused. He stated he wanted a narcotic pain medication and that he did not want Tylenol due to his Hep C and that he could not have ibuprofen. The nurse reassured Mr. Schlobohm that she would speak to the provider about his health concerns. Mr. Schlobohm also requested to be placed back on the gluten free diet. Mr. Schlobohm was reassured that he would be seeing the provider soon.

26. On January 3, 2023, Mr. Schlobohm was seen by the Mental Health Provider. He voiced concerns about not receiving his mental health medications and fearing he will be left "to die" in his cell after battling COVID19 and "not getting any medications". Mr. Schlobohm was assured he was on the list to see the psychiatrist. The Mental Health Provider also challenged his statements about not receiving medications as Med Pass was in the POD during the interaction and Mr. Schlobohm was on the list to

receive medications. He admitted he has been given vitamins to assist with COVID-19.

27. On January 5, 2023, Mr. Schlobohm was seen by the provider and the following was noted: "Mr. Matthew Schlobohm is A & O x 4 and calm. He is being seen for his diagnosis of Hep C. This provider spent a lengthy amount of time with this patient during his visit. Including going over his lab results. While going through the results and explaining the values in which most were WNL he kept repeating, "So I can go home now, right." Well, if everything is good, I can just walk outta here." This provider informed Mr. Schlobohm the medical staff does not make that decision. Patient needs Fiborsure and Thyroid panel completed, including TSH, T4free, and T3 Pruritis -A & D ointment Apply to affected areas BID/ PRN Hep C Goal: No decline in patients' health i.e., retaining fluid, jaundice for the next 90 days. Records Reviewed: he has been diagnosed at KU for a plethora of disorders, yet they have been resolved or he did not complete treatment."

28. On January 11, 2023, Mr. Schlobohm was seen by the psychiatrist and the following was noted: "Patient has returned and requested to be prescribed Adderall TID and Xanax TID for ADHD and PTSD. Out patient records from Cross Roads in Emporia Kansas list a diagnosis of PTSD and Depression. KUMC documented prescriptions for Xanax, Adderall, Gabapentin600mg TID Ambien and Effexor. His most recent out patient records list prescriptions for Adderall, Xanax and Ambien, Patient reported he has been sober over a year from meth. He also reported being diagnosed with narcolepsy, cataplexy, seizure disorder and a clotting disorder. He also claims the nursing staff has intentionally documented that he has not lost 40lbs since his arrest. He offers no reason why they would do this. He claims to have seizure but denies any s/s of seizure and reported he has not been diagnosed with seizures by a health care professional. He denies any current s/s of ADHD and no witnessed s/s of narcolepsy/cataplexy. His primary concern was anxiety during the day and "continuous flashbacks", nightmares and insomnia because abuse while growing up as " a gay person". He gave no details of alleged abuse. He denies any s/s of depression of psychosis. His suspicions concerning the medical staff and law enforcement borders on paranoia. He appears in no distress." Patient started on Remeron 15mg every am and 30 mg every HS.

29. On January 12, 2023, Mr. Schlobohm was brought to clinic and PT/INR checked was 1.0. He stated he was told that he is supposed to be on Xarelto long term but he did not recall the last time he got it filled or his last appointment with his primary doctor. The most recent records received are dated June 2022. Mr. Schlobohm also stated he was unable to breathe, and it hurts to breathe in IPOD. He was offered to go to Intake due to being on medical observation. He did not want to be moved to Intake. Mr. Schlobohm did not show any signs of respiratory distress at the time of the appointment. He was scheduled for follow-up on January 19, 2023.

30. Mr. Schlobohm transferred out of Wyandotte County Detention Center on January 19, 2023, and upon information and belief, he was sent to the Jackson County, Missouri, Detention Center.

31. Mr. Schlobohm transferred out of Wyandotte County Detention Center prior to being able to receive the COVID vaccination due to testing positive.

32. Mr. Schlobohm was offered the medications that were permitted in the facility, could be verified and were Ordered by providers. *See* Exhibit D.

33. The care and treatment provided by Mr. Schlobohm by Wellpath personnel and Dr. Stanton was within the applicable standard of care and the policies and procedures in place.

34. No Wellpath employee or Dr. Stanton knowingly disregard any risk to Mr. Schlobohm's health or safety by failing to take reasonable measures to abate it.

35. Mr. Schlobohm was not denied any care or treatment and there was no delay in treatment provided to him.

FURTHER AFFIANT SAYETH NOT.

_____
Dee-Dee Gregory

Subscribed and sworn to before me this 12th day of February, 2024.

_____
Notary Public

My Appointment Expires:

3/2/2026

**JONI COLE**
**NOTARY PUBLIC**
**STATE OF KANSAS**

# Request Report - OPEN

Printed: 12/6/2022 8:21:13PM

| | |
|---|---|
| Request Number: 652156 | Submitted: 12/6/22  3:44 pm |
| Inmate Number: 178607 | Type: MEDICAL |
| Inmate Secondary Number: | Sub Type: MEDICATIONS |
| Inmate Name: SCHLOBOHM, MATTHEW CHAR | |
| Initial Location: A 17 0 | Current Location: |

Stamp    Action    Detail                                               User

**12/6/2022  3:44:20PM**
ORIGINAL REQUEST:
HI, I TAKE ZOFRAN FROM THE DR PRESCRIBED ON THE OUTSIDE FOR ISSUES RELATED TO CELIAC DISEASE/DIARRHEA/NAUSEA/GENERAL UPSET STOMACH 24/7. COULD I BE SEEN SO I CAN CONTINUE WITH ZOFRAN 4MG TWICE DAILY?

**12/6/2022  6:25:34PM**                                               MEDICAL
RESPONSE:
Routine.

- R.O.I. c̄ Dx & meds
- Provider
- Meds

- R.O.I. → Sent twice records not received yet.
- Called pharmacy (Walgreens & ~~Homecare~~ express scripts) only had adderall.

Seen 12/7/22
CSRN

EXHIBIT
A

Page 1 of 1

**EXHIBIT B**

**Wyandotte County (WDD)**
710 N 7th Street
Kansas City, KS 66101
P: 913-573-8132 fax 913-573-8137

**wellpath**
To hope and healing.

## Medication Verification Data Sheet

Status: ☒ Adult  ☐ Juvenile

| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date: |
|---|---|---|---|---|
| SCHLOBOHM, MATTHEW C | 178607 | 2022005113 | REDACTED | 12/5/2022 |

Pharmacy/Clinic Name: Walgreens / Express Scripts

Pharmacist/Health Care Professional Name: _____

**Note:** Please review, confirm, and complete any missing information for the above patient.

| Medication | Dosing, Frequency and Directions | Date Last Filled | Date Last Picked Up | Qty. Disp. | Refills Remain | Date Refills Expire | Prescribing Provider |
|---|---|---|---|---|---|---|---|
| Xarelto – no xarelto | walgreens | | | | | | |
| adderall | 20 mg | | | | | | |
| Xywav | 5 grams at bedtime, 4 grams 2.5-4 hours later | | | | | | |

Received/Reviewed by QHP Signature: _____  Date/Time: _____

Provider Contacted for Orders: _____  Date/Time: _____

**Completed:** ☐ In-Person   ☐ Telehealth

| Form Folder and Number: Pharmacy RX19.1 | Form Owner: Deleca Reynolds-Barnes | Accreditation: All | Active / Last Revision Date: April 13, 2021 |
|---|---|---|---|

*D146709DI4745640IC13530106CP54274PNXN*

Wyandotte Detention Center, KS
Wyandotte County (WDD)
710 N 7th Street
Kansas City, KS 66101

**COVID-19 Provider's Orders**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| MATTHEW C SCHLOBOHM | 178607 | 2022005113 | REDACTED | 12/20/2022 |

**Patient Allergies:**

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 08-23-2019 | Allergy Items | Any Family Cillins | Difficulty Swallowing |
| 12-05-2022 | Allergy Items | Gluten | Diarrhea |
| 12-05-2022 | Allergy Items | Milk Products | Diarrhea |
| 12-05-2022 | Allergy Items | Prazosin | seizures |

### Provider's Order

**Housing:**

☑ House in medical isolation for at least 10 days since symptoms first appeared, and at least 24 hours have passed since last fever without the use of fever-reducing medications, and symptoms have improved.

☑ Provide patient with a facemask to be worn anytime they leave their cell, or someone is at or in their cell

☐ If released from custody while in quarantine or isolation provide "Discharge for Suspected or Confirmed COVID-19 Patients"

**Monitoring:**

☑ Monitor Pulse, Temperature, Oxygen, and symptoms twice a day until afebrile without use of antipyretic for 72 hours. If pulse is greater than 120 check Blood Pressure and contact medical provider.

**Oxygen:**

☐ If pulse ox is < 95% on room air- apply Oxygen 4L/M via nasal cannula and contact on-call medical provider

☐ If pulse ox is < 95% while on Oxygen 4L/M- contact medical provider

**Medications:**

☑ Tylenol 325mg two (2) tabs by mouth every 8 hours as needed for temperature > 100.6 °F or malaise or myalgias for 5 days

☑ Vitamin D 1,000 units: 1 tablet by mouth every day for 14 days

☑ Zinc sulfate 220 mg: 1 tablet by mouth every day for 14 days

☑ Guaifenesin/ Dextromethorphan 1200mg/60mg (Mucinex DM tablets): Take 1 tablet by mouth twice a day, for 5 days as needed for cough and congestion. Do not exceed 2 tablets in 24 hours

☑ Loperamide (Imodium) 2 mg, 2 tabs by mouth for 1 dose as needed for diarrhea; then 2 mg, 1 tab with each loose bowel movement, MAX 16 mg in 24 hours for 5 days

EXHIBIT C

Page 1 of 2

Wyandotte Detention Center, KS
**Wyandotte County (WDD)**
710 N 7th Street
Kansas City, KS66101

**COVID-19 Provider's Orders**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| MATTHEW C SCHLOBOHM | 178607 | 2022005113 | REDACTED | 12/20/2022 |

Patient Allergies:

- ☑ Loperamide (Imodium) 2 mg, 2 tabs by mouth for 1 dose as needed for diarrhea, then 2 mg, 1 tab with each loose bowel movement, MAX 16 mg in 24 hours for 5 days
- ☑ Zofran (ondansetron) 4 mg one (1) tablet by mouth for multiple episodes of vomiting. May repeat at 8-hour intervals times 2. If vomiting persists after three doses or if vomiting is severe and associated with abdominal pain notify medical provider
- ☐ Albuterol Inhaler (ProAir, Proventil, Ventolin) Two (2) puffs four times a day and as needed for minor bronchospasm for 5 days, if severe contact medical provider

**Fluids:**

- ☐ Electrolyte Replacement (Gatorade/Squincher) 48 oz each day, instruct patient to drink 8 oz every 4 hours for 10 days or until released from isolation

**Laboratory Test:**

- ☑ If patient symptomatic- COVID-19 test
- ☐ If patient is asymptomatic and had a significant contact- COVID-19 test on day 7 of quarantine

**Additional Orders:**

**Provider:** *Dr. Stanton*

| Form Folder and Number: | Form Owner: | Accreditation: | Active / Last Revision Date: |
|---|---|---|---|
| Communicable Disease CD16.6 | Tom Pangburn | All | December 17, 2020 |

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Gender |
|---|---|---|---|---|---|
| **SCHLOBOHM, MATTHEW** | 178607 | 9384617 | 12/05/2022 | REDACTED | M |

**Allergies:** Any Family Cillins ( Difficulty Swallowing ), Gluten ( Diarrhea ), Milk Products ( Diarrhea ), Prazosin ( Other )

**Diagnosis:**

## Discontinued

### Medication Orders

| Order No: 22366079 | Order Status: Completed 01/04/2023 07:59 | VerbalPhone | Submit Date: 12/20/2022 18:01 | Start Date: 12/21/2022 08:00 | End Date: 01/04/2023 07:59 |

Vitamin D3 25 mcg (1,000 unit) tablet: give 1 tablet by mouth Q AM for 14 days. Ordering Provider: DannyStanton

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | LI | CEC | LJ | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |

| Order No: 22366082 | Order Status: Completed 01/04/2023 07:59 | VerbalPhone | Submit Date: 12/20/2022 18:01 | Start Date: 12/21/2022 08:00 | End Date: 01/04/2023 07:59 |

zinc sulfate 50 mg zinc (220 mg) tablet: give 1 tablet by mouth Q AM for 14 days. Per Nursing Protocol. Ordering Provider: DannyStanton

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | LI | CEC | LJ | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |

| Order No: 22552265 | Order Status: Released 01/19/2023 16:59 | Written | Submit Date: 01/11/2023 11:34 | Start Date: 01/11/2023 20:00 | End Date: 04/11/2023 19:59 |

(Mirtazapine) Remeron 30 mg tablet: give 1 tablet by mouth Q HS for 90 days. Ordering Provider: CharlesZaylor

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20:00 | Init | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | YW | LJ | YW | YW | LJ | YW | SK | LJ | * -- | * -- | * -- | * -- | * -- | * -- | * -- | * -- | * -- | * -- | * -- | * -- | * -- |

| Order No: 22552264 | Order Status: Released 01/19/2023 16:59 | Written | Submit Date: 01/11/2023 11:34 | Start Date: 01/12/2023 08:00 | End Date: 04/12/2023 07:59 |

(Mirtazapine) Remeron 15 mg tablet: give 1 tablet by mouth Q AM for 90 days. Ordering Provider: CharlesZaylor

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | LI | LI | * YW | LJ | YW | CRH | JMD | * CRH | * -- | * -- | * -- | * -- | * -- | * -- | * -- | * -- | * -- | * -- | * -- |

### PRN

| Order No: 22579497 | Order Status: Released 01/19/2023 16:59 | VerbalPhone | Submit Date: 01/13/2023 16:43 | Start Date: 01/13/2023 16:15 | End Date: 02/03/2023 16:14 |

(Petrolatum, White-Lanolin) Vitamin A and D Diaper Rash topical ointment: give 1 ointment Topical BID AM & HS PRN for 21 days. PRN Reason: Itching.. Ordering Provider: AliciaJones

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |  |  |  | 09:47 CRH | 12:43 JMD | 12:09 CRH | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |

## Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|
| Active | Admitted to Facility | | 01/13/2023 16:25 |
| Active | Admitted to Facility | | 01/15/2023 12:42 |
| Discharged | Discharged | | 01/19/2023 09:37 |



**EXHIBIT D**

Page 1 of 2     10/11/2023 15:54

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Gender |
|---|---|---|---|---|---|
| **SCHLOBOHM, MATTHEW** | 178607 | 9384617 | 12/05/2022 | REDACTED | M |

| Allergies: | Any Family Cillins ( Difficulty Swallowing ), Gluten ( Diarrhea ), Milk Products ( Diarrhea ), Prazosin ( Other ) |
|---|---|

Diagnosis:

## Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|

**Order:**

## PRN Effectiveness

| Admin Date | Follow Up Date | Result | Reason | Initials |
|---|---|---|---|---|

**Order:**

## Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|
| 22552264 | CRH | Administration | 01/19/2023 08:00 | (Mirtazapine) Remeron 15 mg tablet | Released | Released |
| 22552264 | YW | Administration | 01/14/2023 08:00 | (Mirtazapine) Remeron 15 mg tablet | Refused | Refused |
| 22579497 | CRH | Administration | 01/19/2023 12:09 | (Petrolatum, White-Lanolin) Vitamin A and D Diaper Rash topical ointment | Released | Released |
| 22579497 | JMD | Administration | 01/18/2023 12:43 | (Petrolatum, White-Lanolin) Vitamin A and D Diaper Rash topical ointment | Hold One Medpa | HoldOneMedpass |
| 22579497 | CRH | Administration | 01/17/2023 09:47 | (Petrolatum, White-Lanolin) Vitamin A and D Diaper Rash topical ointment | Released | Released |

## Initials Legend

| Initials | User |
|---|---|
| CEC | Cranford, Corey, LPN/LVN |
| CRH | Hill, Cody, MA / LNA |
| JMD | Dunn, Jessica, MA / LNA |
| LI | Ivory, Ladana, MA / LNA |
| LJ | Jones, Laura, MA / LNA |
| SK | Kerr, Stephanie, LPN/LVN |
| YW | Walton, Yulissa, Pharmacy Tech |

## Order Administration Sites

| Abbreviation | Site |
|---|---|



| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Gender |
|---|---|---|---|---|---|
| SCHLOBOHM, MATTHEW | 178607 | 9384617 | 12/05/2022 | REDACTED | M |

**Allergies:** Any Family Cillins ( Difficulty Swallowing ), Gluten ( Diarrhea ), Milk Products ( Diarrhea ), Prazosin ( Other )

**Diagnosis:**

# Discontinued

## Medication Orders

| Order No: 22247552 | Order Status: Completed | VerbalPhone | Submit Date: 12/07/2022 19:57 | Start Date: 12/07/2022 19:56 | End Date: 12/08/2022 19:55 |

loperamide 2 mg tablet: give 2 tablet by mouth One time only for 1 days. Ordering Provider: DannyStanton

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19:56 | Init | -- | -- | -- | -- | -- | -- | CLS | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |

| Order No: 22247577 | Order Status: Completed 12/10/2022 19:58 | VerbalPhone | Submit Date: 12/07/2022 19:59 | Start Date: 12/07/2022 19:59 | End Date: 12/10/2022 19:58 |

meclizine 25 mg chewable tablet: give 1 tablet by mouth BID AM & HS for 3 days. Per Nursing Protocol. Ordering Provider: DannyStanton

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | -- | -- | -- | -- | -- | -- | -- | * LI | LI | LJ | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 19:59 | Init | -- | -- | -- | -- | -- | -- | CLS | | | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 20:00 | Init | -- | -- | -- | -- | -- | -- | | * DC | CT | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |

| Order No: 22247568 | Order Status: Discontinued 12/07/2022 19:59 | VerbalPhone | Submit Date: 12/07/2022 19:58 | Start Date: 12/07/2022 20:00 | End Date: 12/10/2022 19:59 |

meclizine 25 mg chewable tablet: give 1 tablet by mouth BID AM & HS for 3 days. Per Nursing Protocol. Ordering Provider: DannyStanton

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Order No: 22366079 | Order Status: Completed 01/04/2023 07:59 | VerbalPhone | Submit Date: 12/20/2022 18:01 | Start Date: 12/21/2022 08:00 | End Date: 01/04/2023 07:59 |

Vitamin D3 25 mcg (1,000 unit) tablet: give 1 tablet by mouth Q AM for 14 days. Ordering Provider: DannyStanton

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | LI | LI | LI | LJ | LJ | LJ | * LI | LI | LI | LJ | * LI |

| Order No: 22366082 | Order Status: Completed 01/04/2023 07:59 | VerbalPhone | Submit Date: 12/20/2022 18:01 | Start Date: 12/21/2022 08:00 | End Date: 01/04/2023 07:59 |

zinc sulfate 50 mg zinc (220 mg) tablet: give 1 tablet by mouth Q AM for 14 days. Per Nursing Protocol. Ordering Provider: DannyStanton

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | LI | LI | LI | LJ | LJ | LJ | * LI | LI | LI | LJ | LI |

### PRN

| Order No: 22247553 | Order Status: Completed 12/11/2022 19:55 | VerbalPhone | Submit Date: 12/07/2022 19:57 | Start Date: 12/08/2022 19:56 | End Date: 12/11/2022 19:55 |

loperamide 2 mg tablet: give 1 tablet by mouth TID AM 1300 & HS PRN for 3 days. Per Nursing Protocol PRN Reason: Give after each loose stool.. Ordering Provider: DannyStanton

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|



Page 1 of 4

10/11/2023 15:54

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Gender |
|---|---|---|---|---|---|
| SCHLOBOHM, MATTHEW | 178607 | 9384617 | 12/05/2022 | REDACTED | M |

**Allergies:** Any Family Cillins ( Difficulty Swallowing ), Gluten ( Diarrhea ), Milk Products ( Diarrhea ), Prazosin ( Other )

**Diagnosis:**

---

**Order No:** 22326808   **Order Status:** Completed 12/21/2022 07:59   VerbalPhone   **Submit Date:** 12/15/2022 23:12   **Start Date:** 12/16/2022 08:00   **End Date:** 12/21/2022 07:59

(Acetaminophen) Tylenol 325 mg tablet: give 2 tablet by mouth BID AM & HS PRN for 5 days. Per Nursing Protocol PRN Reason: Pain.. Ordering Provider: DannyStanton

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | 09:18 LI | 07:52 LJ | 08:44 LJ | | 08:40 LI | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |

---

**Order No:** 22366078   **Order Status:** Completed 12/30/2022 18:00   VerbalPhone   **Submit Date:** 12/20/2022 18:01   **Start Date:** 12/20/2022 18:01   **End Date:** 12/30/2022 18:00

(Acetaminophen) Tylenol 325 mg tablet: give 2 tablet by mouth BID AM & HS PRN for 10 days. PRN Reason: Pain.. Ordering Provider: DannyStanton

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | | | 10:02 LI 00:06 CLS | 10:09 LI | 01:15 SO | 22:26 YW | | 22:36 CLS | 22:23 CLS | 10:41 LI | -- | -- |

---

**Order No:** 22366083   **Order Status:** Completed 12/25/2022 18:00   VerbalPhone   **Submit Date:** 12/20/2022 18:01   **Start Date:** 12/20/2022 18:01   **End Date:** 12/25/2022 18:00

loperamide 2 mg tablet: give 1 tablet by mouth TID AM 1300 & HS PRN for 5 days. MAX 16 mg in 24 hours PRN Reason: Give after each loose stool.. Ordering Provider: DannyStanton

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

**Order No:** 22366080   **Order Status:** Completed 12/25/2022 18:00   VerbalPhone   **Submit Date:** 12/20/2022 18:01   **Start Date:** 12/20/2022 18:01   **End Date:** 12/25/2022 18:00

loperamide 2 mg tablet: give 2 tablet by mouth One time only PRN for 5 days. PRN Reason: Give after each loose stool.. Ordering Provider: DannyStanton

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | | | 00:06 CLS | | | | -- | -- | -- | -- | -- |

---

**Order No:** 22366081   **Order Status:** Completed 12/25/2022 18:00   VerbalPhone   **Submit Date:** 12/20/2022 18:01   **Start Date:** 12/20/2022 18:01   **End Date:** 12/25/2022 18:00

Mucinex DM 60 mg-1,200 mg tablet,extended release 12 hr: give 1 tablet by mouth BID AM & HS PRN for 5 days. Do not exceed 2 tablets in 24 hours PRN Reason: Cough & Congestion.. Ordering Provider: DannyStanton

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | | | 10:02 LI 00:06 CLS | 10:09 LI | | | -- | -- | -- | -- | -- |

---

**Order No:** 22366084   **Order Status:** Completed 12/26/2022 07:59   VerbalPhone   **Submit Date:** 12/20/2022 18:01   **Start Date:** 12/21/2022 08:00   **End Date:** 12/26/2022 07:59

Zofran 4 mg tablet: give 1 tablet by mouth Q AM PRN for 5 days. For multiple episodes of vomiting. May repeat at 8-hour intervals times 2. If vomiting persists after three doses or if vomiting is severe and associated with abdominal pain notify medical provider PRN Reason: Nausea.. Ordering Provider: DannyStanton

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---



| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Gender |
|---|---|---|---|---|---|
| **SCHLOBOHM, MATTHEW** | 178607 | 9384617 | 12/05/2022 | REDACTED | M |

| Allergies: | Any Family Cillins ( Difficulty Swallowing ), Gluten ( Diarrhea ), Milk Products ( Diarrhea ), Prazosin ( Other ) |
|---|---|

Diagnosis:

## Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|
| Active | Admitted to Facility | | 12/05/2022 13:10 |
| Active | Admitted to Facility | | 12/05/2022 13:25 |
| Active | Admitted to Facility | | 12/05/2022 16:25 |
| Active | Admitted to Facility | | 12/05/2022 19:25 |
| Active | Admitted to Facility | | 12/14/2022 19:40 |
| Active | Admitted to Facility | | 12/26/2022 09:40 |

## Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|

Order:

## PRN Effectiveness

| Admin Date | Follow Up Date | Result | Reason | Initials |
|---|---|---|---|---|

Order:

## Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|
| 22247552 | CLS | General | 12/07/2022 19:56 | loperamide 2 mg tablet | Administered | First dose administered at 12/07/2022 19:56. |
| 22247577 | DC | Administration | 12/08/2022 20:00 | meclizine 25 mg chewable tablet | Refused | Refused |
| 22247577 | LI | Administration | 12/08/2022 08:00 | meclizine 25 mg chewable tablet | Refused | Refused |
| 22247577 | CLS | General | 12/07/2022 19:59 | meclizine 25 mg chewable tablet | Administered | First dose administered at 12/07/2022 19:59. |
| 22366079 | LI | Administration | 12/31/2022 08:00 | (Vitamin D3 25 mcg 1,000 unit) tablet | In Transit From P | InTransitFromPharmacy |
| 22366079 | LI | Administration | 12/27/2022 08:00 | (Vitamin D3 25 mcg 1,000 unit) tablet | Refused | Refused |
| 22366082 | LI | Administration | 12/27/2022 08:00 | (zinc sulfate 50 mg zinc 220 mg) tablet | Refused | Refused |



| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Gender |
|---|---|---|---|---|---|
| **SCHLOBOHM, MATTHEW** | 178607 | 9384617 | 12/05/2022 | REDACTED | M |
| Allergies: Any Family Cillins ( Difficulty Swallowing ), Gluten ( Diarrhea ), Milk Products ( Diarrhea ), Prazosin ( Other ) | | | | | |

Diagnosis:

## Initials Legend

| Initials | User |
|---|---|
| CLS | Schildknecht, Chelsa, RN |
| CT | Trillin, Clay, RN |
| DC | Chatmon, Denyce, MA / LNA |
| LI | Ivory, Ladana, MA / LNA |
| LJ | Jones, Laura, MA / LNA |
| SO | Oladimeji, Simeon, LPN |
| YW | Walton, Yulissa, Pharmacy Tech |

## Order Administration Sites

| Abbreviation | Site |
|---|---|

