EXHIBIT 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

MATTHEW SCHLOBOHN )
)
      **Plaintiff,** )
)
v. ) CASE NO.: 23-3014-JWL
)
DONALD ASH, et al., )
)
      **Defendants.** )

## AFFIDAVIT OF MAJOR CHARLES PATRICK

State of KANSAS )
      ) ss:
County of WYANDOTTE )

I, the undersigned, Major Charles Patrick, of lawful age and first being duly sworn upon my oath, do state:

1. That I am a Major for the Wyandotte County Detention Center, an employee of the Wyandotte County Sheriff's Office and I have been employed with the Wyandotte County Sheriff's Office for over thirty (30) years and I have knowledge of the facts stated herein.

2. I have reviewed my files related to the subject matter of this litigation, the electronic records and policies of the Wyandotte County Sheriff's Office, and consulted the appropriate staff with regard to Plaintiff (Schlobohm) and the events described in the Complaint.

3. The statements contained herein are either based on personal knowledge, interviews with staff and or drawn from records kept in the ordinary course and scope of

business of the Wyandotte County Sheriff's Office and are true and accurate to the best of my knowledge and belief.

4. At the request of counsel, I conducted an inquiry relative to the allegations in the Complaint that pertain directly to the Detention Center.

5. With regard to the processing of Schlobohm's legal mail. I can find no irregularities or any deviance from WYSO standard operating procedures, and no copying of his legal mail took place.

6. I have reviewed the cell history, programs and classification records of Schlobohm, and again, find no irregularities. Any requests Schlobohm made were timely and appropriately responded to. In addition, general population inmates have access to cleaning supplies to clean their own cells in their discretion. There are no official records or reports of any conditions of confinement including Schlobohm's housing conditions that reflect that which is described in the Complaint by Schlobohm or indicate any deviation from established Detention Center policies and practices. The facility is kept clean and sanitary.

7. Schlobohm was provided with envelopes and stamps and notary services as requested.

8. Law library and tablet services were available to Schlobohm as a general population inmate, and he was never placed in solitary confinement.

9. During the short duration that Plaintiff was housed at the Wyandotte County Detention Center, COVID-19 protocols were in place and limited offender

movement in the facility was allowed for the health, safety, and welfare of everyone, employees and offenders alike.

**FURTHER AFFIANT SAYETH NAUGHT.**

_Major Charles F Patrick_
Major Charles Patrick
Wyandotte County Sheriff's Office

Subscribed and sworn on this 20th day of February, 2024.

**JONI COLE
NOTARY PUBLIC
STATE OF KANSAS**

_Joni Cole_
Notary Public

My Appointment Expires: 3/2/2026