# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MATTHEW SCHLOBOHN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 23-3014-JWL |
| ) | |
| DONALD ASH, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO SUPPLEMENT MARTINEZ REPORT AND TO FILE A RESPONSE TO "PLAINTIFF'S PRE-RESPONSE MOTION TO COMPEL" [DOC.61]

**COMES NOW**, the Wyandotte County Sheriff's Office (WYSO), as an Interested Party, by and through counsel, and respectfully moves this Court for leave to supplement its Martinez Report and file a response to "Plaintiff's Pre-Response Motion to Compel". WYSO's Martinez Supplement will provide the underlying documents and additional affidavits as well as some newly discovered documents which rebut Plaintiff's claims and which further support the narrative provided in the Martinez report. In addition, Plaintiff's "Pre-Response" contains nothing of substance, and after consideration, WYSO feels a Motion to Strike in accordance with F.R.C.P.12(f) is warranted, and requests leave of court to file the same.

**WHEREFORE**, Interested Party Wyandotte County Sheriff requests leave of Court to file a Supplement to the Martinez Report and a response in the form of a Motion to Strike Document 61 filed by the Plaintiff and for other and further relief that the Court deems just and appropriate under the circumstances.

Respectfully Submitted,

/s/   Joni Cole
Joni Cole, KBN 24798
710 N. 7th Street
Kansas City, Kansas 66101
Ph: 913-573-5069
Email: jscole@wycokck.org

## CERTIFICATE OF SERVICE

I certify that on this 25th day of March 2024, a true and correct copy of the foregoing was filed using the District Court CM/ECF system with a hard copy mailed to the Plaintiff at:

Matthew Charles Schlobohm
4210 Clark Avenue, Apt. 302
Kansas City, MO 64111

/s/   Joni Cole
Legal Advisor to the Sheriff