IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MATTHEW CHARLES SCHLOBOHM,

    Plaintiff,

    v.                                           CASE NO. 23-3014-JWL

DONALD ASH, et al.,

    Defendants.

## **O R D E R**

This matter comes before the Court on two motions. The first is titled "Plaintiff's Pre-Response Motion to Compel" (Doc. 61). In the motion, Plaintiff asks the Court to order the Interested Party Wyandotte County Sheriff's Office ("WYSO") to fully comply with the Court's order to prepare a *Martinez* Report. Plaintiff also asks for the appointment of an "independent investigator" and the imposition of "severe sanctions." (Doc. 61, at 4.)

The second motion before the Court (Doc. 62) was filed by Interested Party WYSO. WYSO asks for leave to supplement the *Martinez* Report it filed on February 20, 2024 (Doc. 60) and to file a response to Plaintiff's "Pre-Response Motion to Compel" (Doc. 61) in the form of a motion to strike.

The Court will grant WYSO's motion to supplement the Report. Because Plaintiff's motion asks for additional materials to be included in the Report, the motion and WYSO's request to respond to it will be denied as moot.

**IT IS THEREFORE ORDERED** that Plaintiff's Pre-Response Motion to Compel (Doc. 61) is **denied** as moot.

1

**IT IS FURTHER ORDERED** that the Interested Party's Motion for Leave to File Response to Document 61 and a Supplement to the Martinez Report (Doc. 62) is **granted in part**. The Interested Party shall file its supplement to the Report by **April 2, 2024**. The request to respond to Plaintiff's Pre-Response Motion to Compel is denied as moot.

**IT IS SO ORDERED.**

DATED: This 26th day of March, 2024, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
UNITED STATES DISTRICT JUDGE