IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MATTHEW CHARLES SCHLOBOHM,

        Plaintiff,                                        CASE NO. 23-3014-JWL

        v.

UNIFIED GOVERNMENT OF
WYANDOTTE COUNTY/KANSAS
CITY, KANSAS, et. al.,[1]

        Defendants.

**MOTION FOR CLARIFICATION AND LEAVE TO AMEND CAPTION**

COMES NOW the Plaintiff, Matthew Charles Schlobohm, pursuant to the relevant Federal Rules of Civil Procedure, hereby respectfully requests that this Honorable Court issue a clarification of its Order (Document 63, Filed 03/26/24), specifically regarding the production of recordings, Electronically Stored Information (ESI), and other documents by the Interested Party, Wyandotte County Sheriff's Office ("WYSO"). In support of this Motion for Clarification, Plaintiff states as follows:

1. The Court's Order (Document 63) dated March 26, 2024, denied as moot the Plaintiff's Pre-Response Motion to Compel (Document 61) and granted in part the Interested Party WYSO's Motion for Leave to File a Supplement to the Martinez Report (Document 62).

---

[1] My First Amended Complaint makes it plain who the proper defendants are in this case thus far, and the caption now reflects what was plainly obvious in the body of the complaint. *See Trujillo v. Maestas*, 1:20-cv-00826-KWR-GBW, 4 (D.N.M. Jun. 24, 2022) ("[A] party not … named in the caption of a complaint may still be properly before the court if the allegations in the body of the complaint make it plain the party is intended as a defendant." *Derrick v. Ward*, 91 Fed. App'x. 57, 62 (10th Cir. 2004). *See also Trackwell v. United States Gov't*, 472 F.3d 1242, 1243 (10th Cir. 2007) ("[I]n a *pro se* case when the plaintiff names the wrong defendant in the caption ... courts may look to the body of the complaint to determine who the intended and proper defendants are.")

2. The Plaintiff interprets the Court's Order as not explicitly addressing the failure of the Interested Party to produce the known recordings, ESI, and other documents, which were previously ordered by the Court to be included in the Martinez Report (Doc. 49), as I laid out in detail in "PLAINTIFF'S PRE-RESPONSE MOTION TO COMPEL (Doc. 61)."

3. The Plaintiff is concerned that the absence of a clear directive regarding these materials in the Court's latest Order may result in non-compliance by the Interested Party, which has already exhibited a pattern of dilatory and obstructive conduct.

4. The Plaintiff seeks clarification from the Court to ensure that the Interested Party understands its obligations and to prevent any potential exploitation of perceived ambiguities in the Court's Order.

Additionally, Plaintiff seeks leave of the Court to amend the caption of the case as indicated above ("Matthew Charles Schlobohm v. Unified Government of Wyandotte County/Kansas City, Kansas, et. al.").

Despite previously advising the Interested Party of the correct spelling of my name in previous filings, and their clear understanding of how to spell my full name, as evidenced in **Exhibit 000001** (attached), they persist in incorrectly spelling my name in court filings. This suggests still further attempts at obfuscation and deception by attempting to sew public confusion of the parties involved.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court issue a clarification of its Order (Document 63) concerning the production of recordings (of any and all format or media, including, but not limited to, phone calls, video/audio surveillance, blood test results, etc.), ESI, and other documents by the Interested Party; leave to amend the caption of the

case and an order compelling the Interested Party to properly caption its motions, yet in no event extend the deadline for the production of materials beyond the extended deadline of April 2, 2024, lest the Interested Party potentially subject itself to sanctions as previously described (Doc. 61), and provide any other relief that is just and proper.

Respectfully submitted,

s/ Matthew Charles Schlobohm

March 30, 2024

Plaintiff

4210 Clark Ave., Apt 302

Kansas City, MO 64111

816-621-9149

matthew.schlobohm@gmail.com

## CERTIFICATE OF SERVICE

**I hereby certify that on this day of March 30, 2024, a true and correct copy of the foregoing Motion for Clarification was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification to all parties required to be served.**