**OFFICE of the SHERIFF**
DANIEL SOPTIC, SHERIFF
**WYANDOTTE COUNTY**
710 NORTH 7TH STREET, SUITE 20
**KANSAS CITY, KANSAS 66101-3093**



US POSTAGE PITNEY BOWES
ZIP 64108 $ 000.58⁶
02 7W
0008027013 MAR 27 2024

**Matthew Charles Schlobohm**
**4210 Clark Avenue, Apt. 302**
**Kansas City, MO 64111**

BVD-SMM 64111

**Exhibit 000001**