## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MATTHEW SCHLOBOHM | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )  **CASE NO.: 23-3014-JWL** |
| | ) |
| DONALD ASH, et al., | ) |
| | ) |
| **Defendants.** | ) |

### MOTION FOR LEAVE TO FILE EXHIBIT 3 TO THE MARTINEZ REPORT SUPPLEMENT UNDER SEAL

**COMES NOW**, the Wyandotte County Sheriff's Office (WYSO), as an Interested Party, by and through counsel, respectfully moves this Court for an order allowing WYSO to file under seal Exhibit 3 to the Martinez Report Supplement ordered in this cause and in support thereof states as follows:

1. Exhibit 3 is the full set of medical records of the Plaintiff during his time of incarceration at the Wyandotte County Detention Center relative to his claims in this lawsuit.

2. Exhibit 3 is relevant to Plaintiff's claims which WYSO requests to be filed under seal because of its confidential and or private nature and should not be available for viewing by the general public.

3. Plaintiff will be provided a copy of Exhibit 3 with the Supplement to the Martinez Report.

**WHEREFORE**, WYSO, as an interested party, pray the Court grant leave to file Exhibit 3 in this cause under seal, and for other and further relief that the Court deem necessary and appropriate in the circumstances.

          Respectfully Submitted,

          /s/    Joni Cole
          Joni Cole, KBN 24798
          710 N. 7th Street
          Kansas City, Kansas 66101
          Ph: 913-573-5069
          Email: jscole@wycokck.org

## CERTIFICATE OF SERVICE

I certify that on this 1st day of April, 2024, a true and correct copy of the foregoing was filed using the District Court CM/ECF system with a hard copy mailed to the Plaintiff at:

Matthew Charles Schlobohm
4210 Clark Avenue, Apt. 302
Kansas City, MO 64111

          /s/    Joni Cole
          Legal Advisor to the Sheriff