EXHIBIT 4

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MATTHEW SCHLOBOHM** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **CASE NO.: 23-3014-JWL** |
| | ) |
| **DONALD ASH, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## AFFIDAVIT OF WALLRINE FREEMAN

State of KANSAS )
                     ) ss:
County of WYANDOTTE )

I, the undersigned, Wallrine Freeman, of lawful age and first being duly sworn upon my oath, do state:

1. That I am the Program and Classification Supervisor for the Wyandotte County Detention Center, an employee of the Wyandotte County Sheriff's Office and I have been employed with the Wyandotte County Sheriff's Office for over ten (10) years and I have knowledge of the facts stated herein.

2. Upon receipt of this lawsuit, I reviewed the Complaint, my files related to the subject matter of this litigation, the electronic records and policies of the Wyandotte County Sheriff's Office and consulted the appropriate staff with regard to Plaintiff (Schlobohm) and the events described in the Complaint.

3. The statements contained herein are either based on personal knowledge, interviews with staff and or drawn from records kept in the ordinary course and scope of

business of the Wyandotte County Sheriff's Office and are true and accurate to the best of my knowledge and belief.

4. Schlobohm was booked into the Wyandotte County Detention Center on 12/5/22.

5. With reference to pages 4 and 5 of the Complaint, Esmeralda Wilson (Wilson) is a Programs Tech and I am her direct supervisor.

6. With reference to page 6 of the Complaint, no one by the name of Hill works in the mail room.

7. With reference to page 18 of the Complaint, Wilson does not have an aid. If mail is accidentally opened in the mailroom or if mail is opened prior to it being received in the mailroom it is recorded in BluHorse which is the offender case management system. We also send a note to inmate explaining what happened. Nothing is in BluHorse or on any ICF's shows any legal mail was opened or received already opened.

8. On 1/6/23 (Friday) Schlobohm sent an ICF requesting Programs return mail to him that was in his property he claimed Programs put there because it was unmailable. Programs did not intercept or redirect his mail in this way. As an err of caution, Wilson checked his property and there was no outgoing mail. She also checked with the mail clerk (C. Young), who stated she had not sent any mail to his property for storage.

9. The mail room does not track outgoing legal mail, only incoming. The mail room does track all rejections and there was no mail rejected for this inmate during his entire time in facility. Privileged mail is always a priority. Mail coming into the

mailroom is delivered to the inmate the same day it's received. If an inmate's mail can't be mailed out, it is returned to the inmate the same day. Nothing is noted in BluHorse as any outgoing mail being rejected and sent back this inmate.

10. Below are the dates Schlobohm sent ICF to Programs for legal mail going out, requests for envelopes, notary stamps, copies etc.

- 12/14/22
- 12/28/22
- 12/29/22
- 12/31/22
- 1/3/23
- 1/5/23
- 1/6/23- changed his mind when programs went to his cell
- 1/6/23- requested again - provided 2 legal envelopes, addresses and phone Vs to several courts, family medicine, sleep disorder institute.
- 1/8/23- complaint about trying to send out 13-page legal mail and additional postage
- 1/9/23
- 1/9/23 - Inmate's 2nd request for the day

11. With regard to the processing of Schlobohm's legal mail, I can find no irregularities or any deviance from WYSO standard operating procedures, and no seizure or copying of his legal mail took place and there are no records of any policy violations. Regarding page 19 of the Complaint, no mail was seized for legal or any other reasons.

12. Schlobohm was given the paperwork to sign up for law library tablet on 12/7/22. He never asked for law library books. On 12/12/22 & 12/14/22, he was given a law library tablet to use. On 12/15/22, he was given a regular tablet that includes the law library. Inmate Schlobohm was making calls on his tablet & downloading music on

his tablet until he was moved to I-pod. On 1/14/23, while in I-Pod Schlobohm was offered recreation time, but he refused.

13. I have reviewed the cell history, programs and classification records of Schlobohm, and again, find no irregularities. Schlobohm's requests were timely reviewed and responses were appropriate.

14. Schlobohm was provided with envelopes and stamps and notary services as requested.

15. Law library and tablet services were available to Schlobohm as a general population inmate, and he was never placed in solitary confinement.

**FURTHER AFFIANT SAYETH NAUGHT.**

*Wallrine Freeman*
Wallrine Freeman
Wyandotte County Sheriff's Office

Subscribed and sworn on this 1st day of April, 2024.

*Joni Cole*
Notary Public

My Appointment Expires: 3/2/2026

JONI COLE
NOTARY PUBLIC
STATE OF KANSAS