



**WYANDOTTE COUNTY SHERIFF'S OFFICE DETENTION CENTER**

**INMATE COMMUNICATION FORM**

PRINT NAME: Matthew Schlobohm

POD: G CELL: 11 DATE: 1-12-23 TIME: 1:13pm

TO: Medical Title: [illegible] Supervisor

SUBJECT: State completely but briefly the problem on which you desire assistance and how you believe your request can be handled.

I am having a very hard time breathing. I'm in a severe amount of pain 24/7 all over my body. I have a documented history of chronic migraines & I'm having a series of migraines everyday. I have diarrhea after any meal. I've lost my sense of taste & smell. I have an ear infection. I am ultra lethargic. My urine is a dark color, which is accompanied by a foul odor. The combination of COVID, Hep C & the person in another pod getting pepper sprayed and the toxins traveling through the HVAC system to my cell have resulted in what is tantamount to torture upon me & my physical + mental health. I've been desperately asking for ADEQUATE medical treatment for any of these potentially life-threatening factors but have received NOTHING. Please provide adequate & timely medical care. I need COVID vaccine & Hep C treatment

INMATE SIGNATURE: [signature] BOOKING #: 2022005113

DISPOSITION: DATE: 1/18/23

You are scheduled to be seen by the provider at that time you can discuss your issues with them

Signature: [signature] Title: RN H8?

REVISED 5/2022

#11



# WYANDOTTE COUNTY SHERIFF'S OFFICE DETENTION CENTER

RECEIVED JAN 13 2023

## INMATE COMMUNICATION FORM

PRINT NAME: Matthew Schlobohm

POD: G CELL: 11 DATE: Thu, Jan 12 TIME: 7:05am

TO: Wellpath Title: Supervisor

SUBJECT: State completely but briefly the problem on which you desire assistance and how you believe your request can be handled.

I continue to have difficulty breathing, diarrhea, severe pain EVERYWHERE in my body 24/7, COVID brain fog, severe lethargy and dramatic weight loss. I require treatment -- that you are fully aware of, yet you are continuing your unbroken record of knowingly denying me basic medical care in flagrant breach of your duty. Please do your duty. Also, second advisement that I am allergic to beans and mayo and that I require a diet that corresponds with that restriction. You were so adamant about dietary restrictions about two weeks ago, so no reasonable person could possibly interpret your lack of action as anything other than malevolent, malicious medical negligence and/or medical malpractice.

INMATE SIGNATURE: [signature] BOOKING #: 2022005113

DISPOSITION: DATE: 1/18/23

Duplicate

Signature: [signature] Title: RN HSA

REVISED 5/2022





# WYANDOTTE COUNTY SHERIFF'S OFFICE DETENTION CENTER

## INMATE COMMUNICATION FORM

RECEIVED JAN 1 3 2023

PRINT NAME: Matthew Schlobohm

POD: G CELL: 11 DATE: 1/12/23 TIME: 8am

TO: Medical Title: Supervisor

SUBJECT: State completely but briefly the problem on which you desire assistance and how you believe your request can be handled.

I want the COVID vaccine (this is my fourth request for it); I also want treatment for the Hep C that I contracted here in custody and that is free. It's my right to have + you must. I also want my full medical record as well as the full roster provide of all Wellpath employees here at the jail -- second invocation of my right to have this info.

INMATE SIGNATURE: [signature] BOOKING # 2022005113

DISPOSITION: DATE: 1/18/23

You are on the list to receive the vaccine. Per policies and procedures you can have a copy of your medical records and they will be placed in your property.

Signature: [signature] Title: RN HSA

REVISED 5/2022





**WYANDOTTE COUNTY SHERIFF'S OFFICE DETENTION CENTER**

**INMATE COMMUNICATION FORM**

PRINT NAME: Matthew Schlobohm

POD: G CELL: 11 DATE: 1-6-23 TIME: 7am

TO: Wellpath [illegible] ("HOD") Title: Administrator

SUBJECT: State completely but briefly the problem on which you desire assistance and how you believe your request can be handled.

Pursuant to the KS Open Records Law, the Affordable Care Act of 2009, and other relevant authorities, I invoke my right to my full medical records without exception as well as a complete roster of all Wellpath Staff (including but not limited to any and all "medical" and "mental health" personnel) to include first name, last name, date hired, license type, license status, attending physician, face picture, disciplinary actions, if any, and education, and any other information you have on file or upon information and belief. Include any and all internal communications, emails, phone logs, phone calls, voice messages, progress notes, notes, test results, medical records, chart documentation, ICPs, grievances, sick call requests, and any and all other information you have on me. You have 48 hours to comply (due 1-8-23 at 7am.) It is scanned and copied to my records.

INMATE SIGNATURE: [signature] BOOKING # 2022005713

DISPOSITION: DATE:

Noted, you are able to fill out a release of information for your lawyer to release your records. The request for personel information is being reviewed by our legal and I will respond when I receive an answer

Signature: [signature] RN HSA Title:

REVISED 5/2022




# WYANDOTTE COUNTY SHERIFF'S OFFICE DETENTION CENTER

## INMATE COMMUNICATION FORM

RECEIVED JAN 09 2023

PRINT NAME: Matthew Schlobohm

POD: G CELL: 11 DATE: 1-6-23 TIME: 2pm

TO: Medical Title: Supervisor

SUBJECT: State completely but briefly the problem on which you desire assistance and how you believe your request can be handled.

I'm allergic to beans and masa so please put me on a diet w/o beans or masa (no corn tortillas). (flour tortillas are okay)

INMATE SIGNATURE: MS BOOKING # 2022005113

DISPOSITION: DATE:

We will need medical records stating you are allergic to beans and corn tortillas from a provider or hospital you were diagnosed.

Signature: [signature] Title: RN 1787

REVISED 5/2022



WYANDOTTE COUNTY SHERIFF'S OFFICE DETENTION CENTER

RECEIVED JAN 09 2023 BY:

INMATE COMMUNICATION FORM

PRINT NAME: Matthew Schlobohm

POD: G CELL: 11 DATE: 1-8-23 TIME: 11:36 am

TO: Medical Title: ~~[illegible]~~ Administrator

SUBJECT: State completely but briefly the problem on which you desire assistance and how you believe your request can be handled.

Somebody got pepper sprayed IN ANOTHER POD and now I can't breathe right due to my unvaccinated and untreated COVID and pre-existing pulmonary and cardiac issues interactive with the ~~[illegible]~~ chemicals. My skin feels like its on fire. It feels like *I* got pepper sprayed. My eyes are burning. I need sensitive skin soap + lotion, like CeraVe or Cetaphil for my well documented skin disorders. Infection happens due to a compromised skin barrier.. ! This is my fifth request

I want all my sick call fees refunded since you have done zero legitimate evaluation let alone treatment for anything (intentionally + maliciously)

INMATE SIGNATURE: [signature] BOOKING # 2022005713

DISPOSITION: DATE:

In your medical record from KU, no documentation shows a skin condition. If you continue to have skin issues, please place a sick call to be seen

Signature: [signature] Title: RN 1989

REVISED 5/2022



EXHIBIT-Z-1

# WYANDOTTE COUNTY SHERIFF'S OFFICE DETENTION CENTER



## INMATE COMMUNICATION FORM

PRINT NAME: Matthew Schlobohm

POD: G CELL: 11 DATE: 1-5-23 TIME: 3pm

TO: Medical - DD Title: Sick call - FRAUD

SUBJECT: State completely but briefly the problem on which you desire assistance and how you believe your request can be handled.

I need evaluated + treated for some type of digestive or allergy issue ASAP. I have diarrhea STILL, as you know, everyday after every meal.

I need weighed + my other vitals taken daily - but don't program the scale to give a false reading and don't make up blood pressure results that are so obviously fraudulent. Give real, honest measurements. ("Honest" means non-fraudulent. "Non-fraudulent" means "don't lie.") Also, address why you had a nurse pretend to be a doctor and fraudulently conduct a medical appointment while ignoring blood test results that had (in BOLD, underlined text warnings) "SEVERE," or "CRITICAL" or "EMERGENCY" describing them. You are attempting to murder me. Take me to the hospital now. My doctors at KU Med + elsewhere have already been informed.

INMATE SIGNATURE: [signature] BOOKING # 2022005113

DISPOSITION: DATE:

Schlobohm,

You were seen by a qualified provider on 1/5/23. All documents in your medical chart are facts and we follow policies and procedures when giving patient care. If you continue to have medical issues, please place a sick to be seen by the nurse.

Signature: [signature] Title: RN HSA

REVISED 5/2022



# WYANDOTTE COUNTY SHERIFF'S OFFICE DETENTION CENTER

RECEIVED
JAN 03 2023
BY:

## INMATE COMMUNICATION FORM

PRINT NAME: Matthew Schlobohm

POD: G CELL: 11 DATE: 12-30-2022 TIME: 7pm

TO: Medical Title: Very hard to breathe

SUBJECT: State completely but briefly the problem on which you desire assistance and how you believe your request can be handled.

Every time I either lie down or sit up it is like I am suffocating. I cough up a LOT of phlegm — so much that I feel like I am choking on it every single time — over and over every day & night. It is like being tortured — CAN YOU DO SOMETHING instead of just doing nothing whatsoever and just waiting to see if I just die — like you're doing now and you have been doing since I caught COVID while in custody here? I have a history of pulmonary embo with DVTs and asthma and a catastrophic blood clotting disorder/autoimmune disorder, as you know. I NEED TREATMENT URGENTLY — I CANNOT BREATHE NORMALLY. My mom died of sleep apnea.

INMATE SIGNATURE: [signature] BOOKING # 2022005113

DISPOSITION: DATE: 1/5/23

Patient seen by provider.

Signature: [signature] Title: KN MSA

REVISED 5/2022



**WYANDOTTE COUNTY SHERIFF'S OFFICE DETENTION CENTER**

RECEIVED JAN 0 3 2023

**INMATE COMMUNICATION FORM**

PRINT NAME: Matthew Schlobohm

POD: G CELL: 11 DATE: 12-31-22 TIME: 8pm

TO: Medical Title: lactose free diet / sensitive skin

SUBJECT: State completely but briefly the problem on which you desire assistance and how you believe your request can be handled.

Please take me off the lactose/dairy-free diet. I JUST NEED KOSHER DIET

Can you please prescribe sensitive skin soap as well as UNSCENTED, sensitive skin lotion for face + body? I have eczema, rosacea, hiddradenitis supprativa and other reactive skin disorders.

Also Tylenol and Mucinex 3x/day.

Thanks,
Matt

INMATE SIGNATURE: [signature] BOOKING # 2022005113

DISPOSITION: DATE: 1/5/23

Educated patient to place a request to programs for Kosher diet.
Patient seen by provider

Signature: [signature] Title: RN HSA

REVISED 5/2022



# WYANDOTTE COUNTY SHERIFF'S OFFICE DETENTION CENTER

RECEIVED JAN 03 2023 BY:

## INMATE COMMUNICATION FORM

PRINT NAME: Matthew Schlobohm

POD: G CELL: 11 DATE: Sun., Jan 2, 2023 TIME: 3pm

TO: Court Services Title: Judge

SUBJECT: State completely but briefly the problem on which you desire assistance and how you believe your request can be handled.

On Dec. 23, 2022, I tested positive for COVID-19. On Dec. 4 I requested the vaccine but was denied. I asked again on two subsequent sick calls but also I was denied. I had abased myself to beg the medical staff for the vaccine as well as my prescribed meds and they showed deliberate, sadistic indifference in summarily denying me any medical care whatsoever. I have well documented severe medical and mental ailments for which I receive treatment when not detained. I asked Deb Erickson, my court appointed attorney, for help but I've to this day not received any treatment for anything, including COVID-19. They literally just put me in a cell by myself and I literally NEVER am allowed out to shower or exercise or socialize or get my haircut, etc. 24 hour lockdown since 12/23/22 and, actually, since 12/4/22. Please order the jail to take me to the ER + to give me my medication as prescribed, and to give me a typewriter or laptop bc I can hardly write by hand at all. I represent myself on a §1983 action + need a reasonable accommodation

INMATE SIGNATURE: [signature] BOOKING # 2022005113

DISPOSITION: DATE:

Schlobohm, once you test positive for COVID, per policies and procedures we are not able to give the vaccine right away. You are being followed by our provider and he is giving you care per the treatment plan.

Signature: [signature] RN HSA Title: RN HSA

REVISED 5/2022





**WYANDOTTE COUNTY SHERIFF'S OFFICE DETENTION CENTER**

**INMATE COMMUNICATION FORM**

RECEIVED DEC 1 5 2022 BY:

PRINT NAME: Matthew Schlobohm

POD: G CELL: 7A DATE: Dec. 14, 2022 TIME: 10 pm

TO: Programs

Title: Tablet w/ earbuds; law books; electric razor — 4th invocation

SUBJECT: State completely but briefly the problem on which you desire assistance and how you believe your request can be handled.

I'd like a regular tablet w/ earbuds. I also need a typewriter for filing. Also a hardcopy of the Jailhouse Lawyer's Manual. I have legal briefs and need a notary stamp. Pursuant to the ADA, ACA of 2009, Rehabilitation Act of 1973, among other authorities, I invoke my right to a reasonable accommodation, which is as follows and this is my fourth invocation: My learning disability/ADHD med, Adderall 20mg 3x/day; narcolepsy meds Xyrem 9.5mL divided in 2 doses taken 3 hours apart; PTSD/anxiety med Xanax 1mg 3x/day; thoracic outlet syndrome med Lyrica twice a day; eczema/rocecea/H.S. treatment for ultra reactive skin: Cetaphil Skin Cleanser and Cetaphil Moisturizing Cream; also, for Lupus Anticoagulant Disorder skin: BRAUN SERIES 9 FOIL shaver with NEUTROGENA Ultra Gentle Face Cleanser + Face Lotion

INMATE SIGNATURE: [signature]

BOOKING # 178607

DISPOSITION:

DATE: 12/15/22

- MR. SCHLOBOHM, WE ALREADY ADDRESSED THE TYPEWRITER REQUEST. WE DO NOT PROVIDE TYPEWRITER TO INMATE. TABLET AND HEADPHONES PROVIDED.
- WE DO NOT HAVE JAILHOUSE LAWYER'S MANUAL. YOU MAY ACCESS THE LAW LIBRARY ON THE TABLET FOR LEGAL REFERENCES.
- SUBMIT A SEPARATE REQUEST TO MEDICAL FOR YOUR MEDICATION REQUEST.
- INMATE WAS NOT HOLDING FOR HIS [illegible] AND [illegible] [illegible] 12/15. INMATE WAS ADVISED TO SUBMIT AN ICF WHEN READY FOR THE REQUEST.

Signature: BW2979

Title:

REVISED 5/2022

→ MUST be a foil-based shaver -- either BRAUN SERIES 7 or SERIES 9 b/c the rotary type is just blades scraping your skin like a normal razor, so they pose a very high risk.



**WYANDOTTE COUNTY SHERIFF'S OFFICE DETENTION CENTER**

**INMATE COMMUNICATION FORM**

RECEIVED DEC 29 2022

PRINT NAME: Matthew Schlobohm

POD: G CELL: 11 DATE: 3pm ↔ TIME: Dec 28, 2022

TO: Programs Title: Legal Mail; BCBS-KS address + phone

SUBJECT: State completely but briefly the problem on which you desire assistance and how you believe your request be handled.

- I have two pieces of legal mail to send & one notary stamps
- Can you look up that customer service phone # for Blue Cross Blue Shield of KS by the (785) number, please. You can go to BCBSKS.com or go to my property and tell me the (785) number on my insurance card
- I need two copies of the 1983 forms + application to proceed w/o prepayment of fees
- I need three pieces of copy paper
- Can you tell me the phone number for the University of Kansas Hospital — (913) version; also for my personal doctor there, Andrew Johnson, Family Medicine — (913) version
- Please refresh the book cart (try to include Star Trek)
- Please tell me the DIRECT, (785) number to the KS Dept. of Labor Unemployment Insurance customer service

INMATE SIGNATURE: [signature]

BOOKING # 2022005113

DISPOSITION: DATE: 12-29-22

— I cannot locate the 785 # of Blue Cross Blue Shield customer service on the web. Please submit an ICF to property for your insurance card phone # request.
— 2 sets of copies of 1983 civil rights complaint forms provided.
— 3 sheets of copy paper provided.
— Kansas University Medical Center
913-588-5000

Signature: MS6173

Title:

— We will switch out books this week.
— We cannot locate the family personal doctors phone # on the web. You may ask family members to help you out.
— 2 legal envelopes provided
— Kansas Department of Labor Phone#
785-296-5000

REVISED 5/2022



G11

**WYANDOTTE COUNTY SHERIFF'S OFFICE DETENTION CENTER**

**INMATE COMMUNICATION FORM**

RECEIVED DEC 30 2022

PRINT NAME: Matthew Schlobohm

POD: G CELL: 11 DATE: 12/29/2022 TIME: 8pm

TO: Programs "Title" Legal Mail

SUBJECT: State completely but briefly the problem on which you desire assistance and how you believe your request can be handled.

1) I have legal mail to send.
2) What is the "DIGITAL MAIL CENTER" on the tablet? Can I send emails or texts on the tablet?
3) I need to add my doctor's office as a privileged phone # (913.754.3275) also (913.3?4.5892); also add my lawyer, Scott Toth (913) 220.8684
4) Do you have a hard copy of the Jailhouse Lawyer's Handbook or/and the Jailhouse Lawyer's Manual I can check out? I work better with hard back books/legal texts due to my learning disability

INMATE SIGNATURE: [signature]

BOOKING # 2022005113

DISPOSITION:

DATE: 12-30-22

- DMC is not available at this time at this facility.
- 1 legal envelope and 1 postage stamps provided. 12/30
- Advised inmate to submit a separate IC to program supervisor Phone # request to be added to his contact list.
- Spoke to inmate and he stated that he is referring to civil right library book. Inmate has a tablet. advised inmate to access civil rights law library through his tablet.

Signature: MSLeyn Title:

REVISED 5/2022



# WYANDOTTE COUNTY SHERIFF'S OFFICE DETENTION CENTER

## INMATE COMMUNICATION FORM

RECEIVED JAN 0 3 2023

PRINT NAME: Matthew Schlobohm

POD: G CELL: 11 DATE: Dec 31, 2022 TIME: 5pm

TO: Programs Title: Privilege #3; Legal mail

SUBJECT: State completely but briefly the problem on which you desire assistance and how you believe your request can be handled.

- Please add my doctors' and lawyers' phone numbers to the privileged list.
  - Scott Toth: (913) 220-8484
  - Dr. Stevens: (913) 754-3275; (913) 754-3279
  - Dr. Anne Clarke: (913) 324-3892
  - Legal Aid of Western Missouri: (816) 474-6750; (816) 574-5756
  - Farmer's Insurance: (616) 956-2754; (616) 275-9323
- I have legal mail to send + need 4 stamped envelopes
- Please provide two copies of the §1983 forms
- Please make photo copies of my legal documents + then put them in the mail as legal mail
- I don't get any time out of my cage EVER, so can you check out magazines for me? Popular Mechanics, National Geographic, the New Yorker are preferred.

INMATE SIGNATURE: [signature]

BOOKING # 2022005113

DISPOSITION:

DATE: 01-03-23

— Please submit a separate ICF to programs supervisor for your above attorney's phone number to be added to the list.
— Please submit a separate ICF to commissary for your pre-stamped envelope request.
— You have access to the book cart. Please check book

Signature: MCcfm [signature] Title:

REVISED 5/2022

— Inmate provided 2 sets of 1983 Civil Right Complaint forms on 12/29/22 and four available books to check out.
— attempted to provide inmate's copy request but inmate canceled request. 01/04



# WYANDOTTE COUNTY SHERIFF'S OFFICE DETENTION CENTER

## INMATE COMMUNICATION FORM

RECEIVED JAN 04 2023

PRINT NAME: Matthew Schlobohm

POD: G CELL: 11 DATE: Jan. 3, 2023 TIME: 7pm

TO: Programs Title: Supervisor

SUBJECT: State completely but briefly the problem on which you desire assistance and how you believe your request can be handled.

- I have multiple pieces of legal mail. I need a large brown envelope to mail a 20-page document. I also need two regular envelopes for two OTHER pieces of legal mail. Please bring any possible alternatives.
- I need use of a notary stamp.
- Provide the hardback version of the Jailhouse Lawyer's Manual for Wednesday. In the alternative, provide a law library tablet.
- I need a printout or copy of all ICFs I've ever submitted pursuant to the Kansas Open Records Law.
- I need a copy of my full jacket pursuant to the Kansas Open Records Law. I am representing myself in ongoing litigation. Please provide in less than 48 hours, as provided by law.
- I never received my indigent postage, pens, paper, etc. for two weeks, so please deliver those items to me.

INMATE SIGNATURE: [signature]

BOOKING # 2022005113

DISPOSITION:

DATE: 1/04/23

- LEGAL BIG BROWN ENVELOPE PROVIDED.
- 2 NOTARIES PROVIDED.
- YOU ARE ONLY LIMITED TO 10 (MAX) COPIES A WEEK AS AN INDIGENT INMATE
- IF YOU ARE NEEDING A JACKET #, YOU CAN FIND IT IN YOUR WRIST BAND.
- PLEASE USE YOUR TABLET TO UTILIZE LAW LIBRARY.
- PLEASE SUBMIT A SEPARATE ICF TO COMMISSARY TO REQUEST INDIGENT SUPPLIES.

Signature: EW2929 Title:

REVISED 5/2022

G-H

WYANDOTTE COUNTY SHERIFF'S OFFICE DETENTION CENTER

RECEIVED JAN 0 6 2023 BY:

INMATE COMMUNICATION FORM

PRINT NAME: Matthew Schlobohm

POD: G CELL: 11 DATE: 1-5-23 TIME: 5pm

TO: Programs Title: Supervisor

SUBJECT: State completely but briefly the problem on which you desire assistance and how you believe your request can be handled.

- Please look up my lawyer's address. Scott Toth - garretsontoth.com
- Please find the contact info for the following (local numbers only + addresses):
  - KS Bar Association - Administrative Services (or similar) (or, Discipline)
  - U.S. Attorney's Office - Kansas - Inspector General or General Counsel or other
  - University of KS Hospital - Family Medicine; Jewish Federation of Greater KC;
  - Sleep Disorders Institute - Overland Park - Dr. Stevens
  - Zane Todd, Jr. - Johnson County - law office; Brown + Cruppen Law - KCKS/KCMO (BOTH)
  - Johnson County - County Attorney; also JUDGE Thomas Sutherland, Div. 3
  - KC Community Bail Fund - the info on the tablets is incorrect.
- Please add SCOTT TOTH (913) 220.8684 to my privileged list.
- Aramark owes me FIVE icare packages that are paid for. They don't answer KFs.
- I have legal mail to send. Please provide two envelopes + one in-house mail. (Say 3 total.)
- Also, phone number for SEVILLE PLAZA HOTEL BY WYNDHAM, 4309 Main St, KCMO ESD only

INMATE SIGNATURE: [signature]

BOOKING #: 2022005113

legal envelope provided 01/06

DISPOSITION:

DATE: 01-06-23

- 105 E Park St., Olathe, KS 66061
- Kansas Bar Association
  1200 SW Harrison St., Topeka, KS 66612 (Phone # 785-234-56..)
- US Attorneys - Kansas
  500 State Ave, Suite 360, Kansas City, KS 66101 (Phone # 913-551-6730)
- Kansas University Medwest Family med.

Signature: McCorm Title:

7405 Renner Rd. Shawnee, KS 66217 (Phone # 913-588-1227)

REVISED 5/2022

- Sleep Disorder Institute
  11881 W 112th St, Overland Park, KS 66210 (Phone # - 913-764-3275)
- Zane Todd
  110 S. Cherry St. Ste 103
  [illegible]



**WYANDOTTE COUNTY SHERIFF'S OFFICE DETENTION CENTER**

**INMATE COMMUNICATION FORM**

RECEIVED JAN 0 9 2023 BY: ........

PRINT NAME: Matthew Schlobohm

POD: G CELL: 11 DATE: 1-6-23 TIME: 7pm

TO: Programs Title: Supervisor

SUBJECT: State completely but briefly the problem on which you desire assistance and how you believe your request can be handled.

Please tell me the phone # + mailing address for the following:
- Judge Thomas Sutherland, Div 3, Johnson County KS
- The division + judge for my District case (which division? name of judge?)
- ACLU of Kansas
- (updated, new request →) University of KS Hospital, Family Medicine → the one at around 39th + Rainbow Blvd KCK. (Full address + phone)
- I have legal mail and a court order that states to return the package of forms the court sent me, so you're obligated and legally required to pay for + help me follow the order of the court and send this privileged legal mail w/o interference. It may require two regular envelopes or a big, brown envelope.
- I have in-house legal mail

INMATE SIGNATURE: [signature]

BOOKING #: 2022005113

DISPOSITION: attempted to mail out the paperwork request, but inmate stated that he does not need envelope anymore. 01/09

DATE: 01-09-23

- Honorable Thomas Sutherland
 Johnson Co. District Court
 150 W Santa Fe St. Olathe, KS 66061
 Phone # 913-715-3770
- Please submit a separate ICF to criminal dept. for your District case division and Judge request.

Signature: [signature] Title:

- ACLU - Kansas
 P.O. Box 917, Mission, KS 66201
 Phone # 913-490-4100
- The University of Kansas Physicians, Family Medicine Clinic
 Medical Office Building, Kansas City, KS 66103
 Phone # 913-588-5555

REVISED 5/2022



# WYANDOTTE COUNTY SHERIFF'S OFFICE DETENTION CENTER

## INMATE COMMUNICATION FORM

RECEIVED JAN 09 2023

PRINT NAME: Matthew Schlobohm

POD: G CELL: 11 DATE: 1-6-23 TIME: 10pm

TO: Programs Title: Supervisor

SUBJECT: State completely but briefly the problem on which you desire assistance and how you believe your request can be handled.

• Please find the phone # + mailing address for the following:
☐ Commissioner Tiffany Gregg, Drug Court, DN 11, Jackson Cnty KCMO
new updated ☐ Kansas Dept of Labor, Unemployment Insurance, Director
☐ Mental Health Court, Wyandotte County District Court
☐ City Court, Public Defender's Office, whoever my public defender is, KCK (Full contact info pls)
☐ Johnson County, County Attorney, KS

~~I have several other pieces of my legal privileged~~ mail to send to the courts (new, unique and separate from my other legal mail to send)

INMATE SIGNATURE: [signature] BOOKING # 2022005713

DISPOSITION: ~~Legal knowledge provided - 01/09~~ DATE: 01-09-23

– 16th Circuit Court of Jackson Co. Missouri
415 E 12th St, Suite 300, Kansas City, MO 64106
Phone # 816-881-3974

– Kansas Department of labor
401 – SW Topeka Blvd, Topeka, KS 66603
Phone # 785-296-5000

Signature: [signature] Title:

REVISED 5/2022

– District Attorney's office
150 W. Santa Fe St.
Olathe, KS 66061



**WYANDOTTE COUNTY SHERIFF'S OFFICE DETENTION CENTER**

**INMATE COMMUNICATION FORM**

RECEIVED JAN 09 2023 BY:

PRINT NAME: Matthew Schlobohm

POD: G CELL: 11 DATE: 1-6-23 TIME: 2pm

TO: Programs Title: Supervisor Property

RECEIVED JAN 10 2023 BY:

SUBJECT: State completely but briefly the problem on which you desire assistance and how you believe your request can be handled.

Bring back all the envelopes that you allege were not mailable. They are my property and evidence.

INMATE SIGNATURE: [signature]

BOOKING # 2022005113

DISPOSITION:

DATE: 1/10/23

YOU DO NOT HAVE OUTGOING MAIL THAT ARE BEING STORED IN PROPERTY PER THE MAIL CLERK.

Signature: EW2929

REVISED 5/2022

Title:



**WYANDOTTE COUNTY SHERIFF'S OFFICE DETENTION CENTER**

**INMATE COMMUNICATION FORM**

RECEIVED JAN 0 9 2023 BY:

PRINT NAME: Matthew Schlobohm

POD: G CELL: 11 DATE: 1-8-23 TIME: 7pm

TO: Administration Title: Major

SUBJECT: State completely but briefly the problem on which you desire assistance and how you believe your request can be handled.

I have a court order I got in the mail that orders me to fill out some forms and return them all together & stapled. That mail that I received was 15 pages, had 5 staples & came from Topeka. Meanwhile, I need to send the court-ordered forms (13 pages, no staples & going a few blocks away) but Ms. Young inappropriately interfered in my ability to send them. The postage for the mail from the court was $0.81, so less than two stamps. Can you please order her to mail my privileged, legal mail w/o interference and to furnish me w/ the necessary stationery and postage?

INMATE SIGNATURE: [signature] BOOKING #: 2022005113

DISPOSITION: DATE: 01-09-23

Programs handles the legal mail going out

Signature: [signature] Title: [signature]

REVISED 5/2022



**WYANDOTTE COUNTY SHERIFF'S OFFICE DETENTION CENTER**

**INMATE COMMUNICATION FORM**

RECEIVED JAN 1 2 2023 BY: ..................

PRINT NAME: Matthew Schiedsolun

POD: G CELL: 11 DATE: 1-9-23 TIME: 7pm

TO: Programs Title: Supervisor

SUBJECT: State completely but briefly the problem on which you desire assistance and how you believe your request can be handled.

- Why haven't you added Scott Toth as my privileged contact yet? I submitted that request four times!
- I also submitted my request to have a copy of every ICF I've ever sent or received (paper or electronic) and you have not provided that or even acknowledged it.
- I need a full roster -- including a face pic, first name, last name, accreditation status, license type, license status, education, date hired, disciplinary action(s), if any, and any and all other information on file for Wellpath + its staff, including nurses and providers. I also need this info for the jail staff.
- I have two pieces of legal mail; I need the notary stamp
- I need six pieces of copy paper

INMATE SIGNATURE: [signature] BOOKING # 2022005113

DISPOSITION:

DATE: 01-10-23

- Please submit a separate ICF to programs supervisor for your attorney to be added to your contact list. A copy of ICFs and Wellpath master request.
- 5 sheets of copy paper provided. 01/10
- 1 Notary provided. 01/10

Signature: [signature] Title:

REVISED 5/2022

- 1 legal envelope provided 01/10
- 1 postage stamp provided. 01/10



**WYANDOTTE COUNTY SHERIFF'S OFFICE DETENTION CENTER**

**INMATE COMMUNICATION FORM**

RECEIVED JAN 11 2023 BY:

PRINT NAME: Matthew Schlobohm

POD: G CELL: 11 DATE: 1-9-23 TIME: 10pm

TO: Programs Title: Supervisor

SUBJECT: State completely but briefly the problem on which you desire assistance and how you believe your request can be handled.

- I have legal mail.
- You sent the wrong contact info for Blue Cross Blue Shield of KANSAS (I'm NOT needing BCBS of KC). Go to BCBSKS.com and there is a customer support (785) number there. That's what I need.
- Also, you forgot to send the (816) number for the NEWS DESK at the KC Star (the "News Editor" would work too). Same for Fox 4.
- Can you look up the phone number for the KC Community Bail Fund b/c the number on the tablet is disconnected.
- I need back on KOSHER diet and I'm allergic to beans + masa - I informed medical but they refuse to give me any treatment for anything

INMATE SIGNATURE: [signature]

BOOKING #: 2022005113

DISPOSITION:

- IN-HOUSE ENVELOPE PROVIDED. DATE: 1/11/23
- KC STAR CONTACT PHONE # (816) 234-4878 / FOX 4 (816) 932-9201
- BLUE CROSS BLUE SHIELD OF KANSAS CUSTOMER SERVICE - (785) 291-4180
- KC COMMUNITY BAIL FUND - (816) 562-0952, THEY ARE NOT ACCEPTING APPLICATIONS FOR BAIL CURRENTLY.
- SPECIAL DIET REQUEST FOR MEDICAL REASON NEEDS TO BE ADDRESSED W/ MEDICAL.

Signature: Title:

REVISED 5/2022

PROGRAMS ONLY PROCESS SPECIAL RELIGIOUS DIET REQUESTS FOR THOSE SINCERELY PRACTICING THEIR RELIGIOUS BELIEF.





**WYANDOTTE COUNTY SHERIFF'S OFFICE DETENTION CENTER**

**INMATE COMMUNICATION FORM**

PRINT NAME: Matthew Schlobohm

POD: Booking CELL: 3D DATE: 1-15-23 TIME: 1:04pm

TO: Administration Title: Major or Captain on duty

SUBJECT: State completely but briefly the problem on which you desire assistance and how you believe your request can be handled.

I fear for my life in this cell. I told Ms. Reed that I have lung damage from pulmonary emboli + current COVID infection which makes breathing very painful + laborious and the strong, noxious chemical odor I can feel is permanently causing irreparable harm to my lungs. So I need to go to P.C. ASAP

Thank you.

INMATE SIGNATURE: [signature] BOOKING # 2022005113

DISPOSITION: DATE: 15 JAN 2023

You have court scheduled for 1/18/2023 why do you need P.C.?

Signature: A/CPT. [signature] 1652 Title:

REVISED 5/2022





**WYANDOTTE COUNTY SHERIFF'S OFFICE DETENTION CENTER**

**INMATE COMMUNICATION FORM**

PRINT NAME: Matthew Schlobohm

POD: Booking CELL: 3D DATE: 1-15-23 TIME: 1:04pm

TO: Administration Title: Major or Captain on duty

SUBJECT: State completely but briefly the problem on which you desire assistance and how you believe your request can be handled.

I fear for my life in this cell. I told Ms. Reed that I have lung damage from pulmonary emboli + current COVID infection which makes breathing very painful + laborious and the strong, noxious chemical odor I can feel is permanently causing irreparable harm to my lungs.

So I need to go to P.C. ASAP

Thank you.

INMATE SIGNATURE: [signature] BOOKING # 2022005113

DISPOSITION: DATE: 15 JAN 2023

You have Court scheduled for 1/18/2023 why do you need P.C.?

Signature: A/CPT. [signature] 1652 Title:

REVISED 5/2022