# Inmate Cell History

Page: 1 of 1

**SCHLOBOHM, MATTHEW CHARLES**
2022005113

| Cell | Assignment Date/Time | Reason Assigned | Officer |
|---|---|---|---|
| INTAKE A 4 | 12/5/22 13:06 | INITIAL BOOKING | CORTES, JONATHAN J |
| A 13 1 | 12/5/22 16:08 | Assignment Change | THOMAS, JOSHUA D |
| A 17 1 | 12/5/22 19:16 | GENERAL | MESLER, ABRAHAM A |
| A 17 1 | 12/5/22 19:17 | GENERAL | MESLER, ABRAHAM A |
| G 07 1 | 12/14/22 19:27 | Assignment Change | ACOSTA-VALDEZ, EDUA |
| G 011 1 | 12/26/22 9:23 | GENERAL | RAMIREZ, GIULIANO J |
| I 05 1 | 1/13/23 16:08 | Assignment Change | PECINA, HENRY A |
| INTAKE D 2 | 1/15/23 12:22 | Assignment Change | BROCKMAN, JOSEPH E |
|  | 1/19/23 9:25 | TRANSFER TO ANOTHER COUNTY | GRACE, TIMMOTHY M |

*RELEASED TO JOHNSON COUNTY KS*