## Patrick, Charles

| | |
|---|---|
| **From:** | Patrick, Charles |
| **Sent:** | Thursday, December 22, 2022 8:59 AM |
| **To:** | Atkins, Felicia; Ballard, Keona; Brown, Shardale; Chettle, Madison; Cortes, Jonathan; Everhart, Daniel; Freeman, Amber; Gebreab, Senait; McGrew, Jared; Morris, Fulton; Mundy, Rhonda; Panjada, Paul; Sage, Erik; Schildknecht, Chelsa |
| **Cc:** | Zaylor, Charles; Wells, Jeff; Thaxton, David; Terrazas, Ernesto; Jaynes, Cheri; Herbst, Colleen; Hendrix, Linda; Freeman, Wallrine; Eickhoff, James S.; Dull, Daniella; Soptic, Daniel; Lockridge, Emmett; Cole, Joni S.; Kroening, Michael |
| **Subject:** | Emailing: G pod quarantine 122222 |
| **Attachments:** | G pod quarantine 122222.docx |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

As of today we have 11 Covid + and 3 exposed in G-pod. G-pod is placed on quarantine status.

G-pod legal visits only

Your message is ready to be sent with the following file or link attachments:

G pod quarantine 122222

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.



**Daniel Soptic**
**Sheriff**

# WYANDOTTE COUNTY SHERIFF'S OFFICE

## *MEMORANDUM*

**TO:**       **ADC Staff**

**FROM:**   **Major Patrick**

**DATE:**   **12-22-22**

**SUBJECT:**   **G-pod Quarantine**

Effective today, 12/22/22, G-pod is under Quarantine status.
The entire pod is placed on quarantine status due to the number of Covid + inmates identified as of 12-22-22.

Legal visits only

Mandatory mask wear.

Meal trays are to be served and collected at the cell door.

Quarantine status will last for NO LESS than 14 days.

Report systematic inmates to medical.

Staff will wear PPE when entering G-pod.

Ant questions contact Major Terrazas.

# Patrick, Charles

| | |
|---|---|
| **From:** | Terrazas, Ernesto |
| **Sent:** | Thursday, December 29, 2022 4:58 PM |
| **To:** | Panjada, Paul; McGrew, Jared; Freeman, Amber; Atkins, Felicia; Cortes, Jonathan; Everhart, Daniel; Sage, Erik; Brown, Shardale; Ballard, Keona; Walton, Tyler; Serrano, Anthony |
| **Cc:** | Patrick, Charles; Thaxton, David |
| **Subject:** | Covid Positive Post Order |
| **Attachments:** | G POD ROSTER 12.29.22 covid.docx; E POD ROSTER 12.28.22 COVID.docx; Covid positive Post Order.docx |

Leaders,

    I have attached a copy current copy of E and G pod rosters they are highlighted to make it easier for the pod officers to see which inmates are affected by this post order. Please inform the Deputies on your shift that masks need to be worn while in the detention center by all staff and inmates. We need cooperation from everyone to help curve flatten the covid curve.

1




# WYANDOTTE COUNTY SHERIFF'S OFFICE

**Daniel Soptic**
Sheriff

## \* MEMORANDUM \*

**TO:** Detention Staff

**FROM:** Major Ernesto C. Terrazas

**DATE:** December 29, 2022

**SUBJECT:** Post Order: Inmates Housed on Quarantine (Medical Segregation Status).

Inmates that are housed on Med. Seg. Status will receive their meal trays last and will come out of their cells by themselves. When they come out of their cell to collect/return their tray they will be required to wear their mask. When possible, conduct the meal pass at the door cell door. They will be allowed a 15-minute shower time daily. The showers will be cleaned by your pod workers after the showers have been completed. Medication pass will be conducted at their cell door.

Please conduct yourselves accordingly remember there is no perfect way of completing these tasks for many different reasons. We are simply trying to minimize exposure.

710 N. 7th Street    Kansas City, Kansas 66101    (913) 573-2865    Fax (913) 573-2972

# Patrick, Charles

| | |
|---|---|
| **From:** | Thaxton, David |
| **Sent:** | Thursday, December 29, 2022 5:01 PM |
| **To:** | Acevedo, Juan; Acosta-Valdez, Eduardo; Anderson, Daniel; Anderson, Kameron; Anderson, Teran W; Armenta, Serena; Atkins, Felicia; Baird, Devin; Ballard, Keona; Barbarich, Jerritt; Bartell, Kelsey; Bell, Angelo N; Bilyeu, Roger; Bitikofer, Shaun; Black, Eliason; Bond, Jonathan; Brockman, Joseph; Brown, Shardale; Bunnell, Charles; Buxton, Dwight; Carlon, Fabian; Carroll, Catheryn; Carver, Andrew; Cervantes, Kristen; Cole, Anita; Cole, Arich D; Collins, Andrew; Coon, Amy; Cortes, Jonathan; Custer, Jason; Delarosa, Allen; Dyer, Stephen; Enloe, Derick; Erwin, Amy; Erwin, Chad; Everhart, Daniel; Florez, James; Frayer, Michiah; Freeman, Amber; Garcia, Luis; Gilbert, Chad; Grace, Tim; Green, William; Haines, Eric; Harvey, Kyle; Holt, George; Hopkins, Wayne; Hughey, Jason; Huitt, Lyndsey; Hull, Troy; Jasso, Caesar; Johnson, Daniel E; Johnson, Marcus T.; Johnson, Sonny J; Jolly, Steve M; Jones, Brandon E; Jones, Brett; Keith, Harry; Kelly, Lorenzo; Kempker, David; Kleinschmidt, Todd; Kresyman, Chance; Kroening, Michael; Letterman, Bryon; Lobner, John; Lockridge, Emmett; Lopez, Michael J.; Lyles, Charles; Lyons, Joseph; Macias, Adrian; McCord, Carol; McGrew, Jared; Meador, Ethan; Mesler, Abraham; Ming, Elijah; Mitchell, Na'Keshia; Mock, Alexis B; Mock, Timothy; Moorman, Michael; Morris, Jennifer; Morse, Michael; Neeley, Sean; Panjada, Paul; Parrish, Christopher; Patrick, Charles; Pecina, Henry; Pfliegier, Elizabeth L; Porath, Cody; Prukop, Yasmine; Ramirez, Giuliano; Reed, Kenneth; Reid, Kimberly; Rome, Robert; Russell, John; Sage, Erik; Salas, Josue; Serrano, Anthony; Simmons, Michael D; Slupski, Luke; Smallwood, Anthony; Smith, Eric W; Soptic, Daniel; Stoafer, Shane; Strader, Jonathan; Sybrant, Max; Tayler, Jeff; Taylor, Katherine; Terrazas, Ernesto; Thaxton, David; Thomas, Joshua; Towne, Elton; Trask, Michael; Tucker, Brian; Uthe, William; Villa, Thomas; Voorhees, Ronald; Walton, Tyler; Warczakoski, Brian; White, Dazha; Williams, Myrtle; Williams, Thomas; Wilson, Rene; Woods, Brandon L; Woods, Jeffrey; Wooten, James; Xiong, Ku; Ybarra, Jennifer; Zahnter, Mark; Zamora, Tomas; Ziegler, Micheal |
| **Subject:** | FW: Covid Procedures. |
| **Attachments:** | Covid positive Post Order.docx |
| **Importance:** | High |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

All,

Plan of Action to curve recent covid spike.

1. Mask will continue within the detention center until lifted.
2. Post orders will be placed in G and E with specific orders governing positive inmates.
3. Rosters with positive inmates will be provided.
4. Positive inmates will be alone when out in pod. Med/pass and feed at doors when possible.
5. Disinfected spray will be implemented bi-hourly.
6. Ensure that All PPE is available to every pod and all who enter the facility.

We will monitor the situation closely and develop new plans of action if needed.

LTC. David R. Thaxton

1