including items not stored in their original containers/packaging. Any other items, unless approved in writing by the Detention Center Administration, will be considered contraband and confiscated or destroyed. This includes the possession of items not belonging to the inmate.

c. The amount of legal correspondence you may keep in your possession shall be limited only by storage space available. If you are farmed out, you may take your legal paperwork with you.

d. Contraband—Defined as any item, material, or substance not issued upon admittance and/or in a detainee's possession without permission or approval and/or any item purposely altered from its original condition, and/or any item, material, or substance not issued from the commissary or the medical services units directly to the identified inmate.

### 10. SEARCHES

a. Pod/cells - For the security and safety of inmates and staff, we will conduct unannounced inspections/searches of your pod and assigned cell. Any contraband or other unauthorized items will be confiscated. You are expected to fully cooperate with Detention Center staff conducting the inspection/search. **Inspections and searches may be conducted with or without your presence.**

b. Pat down search - You are subject to pat down searches as staff deems necessary. You are expected to cooperate with all searches.

### 11. COMMUNICATION – MAIL

a. You may receive post cards and letters in the mail which do not violate law or postal regulations and which do not violate the security, order, and rehabilitative interest of the Detention Center. Letters must be one 8 1/2 x 11 page only (front and back). No perfume or lipstick is allowed on the mail. No greeting cards allowed.

b. There is no limitation on the volume or number of items of legal mail which you may receive. However, it is necessary to limit the amount of correspondence that may be kept in your possession.

   1) You may have up to 10 pictures, not to exceed 4" by 6" in size

   2) You are **not** authorized to receive any drawings or paintings.

   3) You are authorized only one newspaper subscription and one magazine subscription.

c. Excess personal mail will be placed in your property for safekeeping.

d. You will be afforded a reasonable opportunity to purchase pre-stamped envelopes and pens through the commissary system. If you are indigent, you will be

provided with a reasonable amount of writing materials through the commissary system and pre-stamped envelopes from Programs which will be charged to your account.

e. You may **not** correspond with:

1) An inmate in the custody of the Wyandotte County Adult Detention Center, unless approved in writing by designated staff. You may not correspond with inmates at other correctional facilities, adult or juvenile.

2) Those individuals or organizations in which the court has ordered no contact with.

f. Your mail is placed in two categories: privileged and non-privileged. Privileged mail is mail received from the courts, licensed attorneys, government agencies and officials, and probation officers. To be classified as privileged mail, the address must clearly identify the person or place sending as a qualified correspondent for legal mail. All other mail is considered to be non-privileged.

g. The postal service delivers mail to the Detention Center, Monday through Friday with the exception of holidays. Outgoing mail will be picked up by the postal service. **Letters, cards and packages will not be accepted or released by Sheriff Records or Reception.**

h. All mail received or sent by you shall be addressed or return addressed as follows:

> Your Name and Booking Number
> Wyandotte County Adult Detention Center
> 710 North 7th St. Suite 20
> Kansas City, Kansas 66101

i. Incoming privileged mail will be opened/examined for contraband in your presence and then delivered to you. Privileged mail will not be read or censored by any staff member.

8

j. During cell inspections, your privileged mail will be searched to detect contraband.

k. In House envelopes will be provided for correspondence with the courts only. If an in house envelope is used for an inappropriate purpose, it will be returned to the sender.

l. **Incoming and outgoing non-privileged mail will be reviewed and copies may be made by designated staff. Non-privileged mail is subject to being read by any staff member.**

m. All outgoing correspondence will have the appropriate return information of inmate name, housing location and address - or it will not be put in the mail system.

n. You may <u>not</u> receive postage stamps or other negotiable items in the mail.

## 12. INMATE COMMUNICATION FORMS

– Inmate Communication Forms (ICF) are available on the kiosks and in paper form. These forms are made available to provide inmates with another method of communication to address questions, concerns, and requests. ICF's are responded to in a timely manner. **You must use the ICF's in a respectful and responsible manner.** Failure to comply may result in disciplinary action.

a. Only one topic per ICF is allowed.
b. Only one inmate may submit on an ICF.
c. <u>Do not</u> send multiple ICF's on the same topic to different people and/or departments at the same time.
d. Inmates are limited to a maximum of 7 active ICF's at a time.
e. Do not add additional pieces of paper to the paper form ICF.

9