| INMATE_NAME | INMATE ID | REQUESTED ITEM | REQUEST RECEIVED | DATE DELIVERED | DATE RETURNED | COMMENTS | INITIALS |
|---|---|---|---|---|---|---|---|
| SCHLOBOHM, MATTHEW | 178607 | TABLET | 12/07/22 | 12/07/22 | 12/08/22 | Inmate provided copy of law library tablet check out policy | EW |
| SCHLOBOHM, MATTHEW | 178607 | TABLET | 12/12/22 | 12/12/22 | 12/13/22 | | EW |
| SCHLOBOHM, MATTHEW | 178607 | TABLET | 12/14/22 | 12/14/22 | N/A | Tablet was issued to inmate. Inmate personalized tablet when checkout. | EW |
| | | | | | | | |

| Site | Account # / PIN | First/Last | Type | Amount | Date/Time (In Central Time) | User/Device | Reference # | Description | Comment / Call Number |
|---|---|---|---|---|---|---|---|---|---|
| Wyandotte County Adult Detention Center | 178607 / 1786078111 | MATTHEW SCHLOBOHM | Payment | $20.00 | 12/15/2022 1:53:27 PM | WEBPortal | 20221215135326147 51995 | Vantiv Visa Payment | |
| Wyandotte County Adult Detention Center | 178607 / 1786078111 | MATTHEW SCHLOBOHM | Debit | ($5.46) | 12/15/2022 2:41:36 PM | TABLET | 48440312 | Tablet Subscription | Tablet Subscription |
| Wyandotte County Adult Detention Center | 178607 / 1786078111 | MATTHEW SCHLOBOHM | Debit | ($0.96) | 12/15/2022 9:53:17 PM | TAB_178607 | 10.69.1.61-190a2f7c0a45013d730a79cd8f1e5412 | Completed Call | 7852141496 |
| Wyandotte County Adult Detention Center | 178607 / 1786078111 | MATTHEW SCHLOBOHM | Debit | ($1.51) | 12/15/2022 10:02:24 PM | TABLET | 67dfbc2e-84a1-4a2a-b1dd-10d5f3ff7779 | Tablet Music | Hyperlandia (Vocal Mix) |
| Wyandotte County Adult Detention Center | 178607 / 1786078111 | MATTHEW SCHLOBOHM | Debit | ($1.97) | 12/15/2022 10:03:51 PM | TABLET | e6c12974-1573-4ed8-8526-f38fc3dfa8ed | Tablet Music | Aural Psynapse (Atlas Remix) |
| Wyandotte County Adult Detention Center | 178607 / 1786078111 | MATTHEW SCHLOBOHM | Debit | ($1.97) | 12/15/2022 10:05:58 PM | TABLET | a051ecfa-4e8d-4cca-ba55-12c56cf2fe82 | Tablet Music | Fn Pig |
| Wyandotte County Adult Detention Center | 178607 / 1786078111 | MATTHEW SCHLOBOHM | Debit | ($1.51) | 12/16/2022 8:15:34 AM | TABLET | eb6f2643-ef17-4d28-9896-17026dfa9f0d | Tablet Music | Xyz (Nero Remix) |
| Wyandotte County Adult Detention Center | 178607 / 1786078111 | MATTHEW SCHLOBOHM | Debit | ($1.91) | 12/16/2022 10:04:13 AM | TAB_178607 | 10.80.0.21-1ba27cc80a500015657 97cfc828ef8a9 | Completed Call | 9137543279 |
| Wyandotte County Adult Detention Center | 178607 / 1786078111 | MATTHEW SCHLOBOHM | Debit | ($1.29) | 12/16/2022 11:01:33 AM | TAB_178607 | 10.82.0.21-1bdae20a0a5200153ed dac13f8ae5e1c | Completed Call | 8168888888 |
| Wyandotte County Adult Detention Center | 178607 / 1786078111 | MATTHEW SCHLOBOHM | Debit | ($2.38) | 12/16/2022 8:29:24 PM | TAB_178607 | 10.69.1.21-1ddb8a650a450115615 2e64e00dbf5f3 | Completed Call | 7852141496 |
| Wyandotte County Adult Detention Center | 178607 / 1786078111 | MATTHEW SCHLOBOHM | Debit | ($0.93) | 12/19/2022 8:26:57 AM | TAB_178607 | 10.82.0.21-2ac232d00a5200153ed dac13a270d241 | Completed Call | 6169562754 |
| Wyandotte County Adult Detention Center | 178607 / 1786078111 | MATTHEW SCHLOBOHM | Payment | $10.00 | 12/29/2022 4:27:02 PM | WEBPortal | 20221229162701147 51995 | Vantiv Mastercard Card Payment | |
| Wyandotte County Adult Detention Center | 178607 / 1786078111 | MATTHEW SCHLOBOHM | Debit | ($2.76) | 12/29/2022 7:52:35 PM | TAB_178607 | 10.69.1.61-60ac6f390a45013d730 a79cdbb4bea11 | Completed Call | 8168130585 |
| Wyandotte County Adult Detention Center | 178607 / 1786078111 | MATTHEW SCHLOBOHM | Debit | ($1.66) | 12/31/2022 2:57:45 PM | TAB_178607 | 10.69.1.51-69f117170a4501337fc5 31e128a4ab15 | Completed Call | 8168888888 |

### TOTALS

| Action Type | Quantity | Amount |
|---|---|---|
| Payment | 3 | $50.00 |
| Credit | 0 | $0.00 |
| Debit | 32 | ($49.91) |
| | 35 | $0.09 |

| Site | Account # / PIN | First/Last | Type | Amount | Date/Time (In Central Time) | User/Device | Reference # | Description | Comment / Call Number |
|---|---|---|---|---|---|---|---|---|---|
| Wyandotte County Adult Detention Center | 178607 / 1786078111 | MATTHEW SCHLOBOHM | Debit | ($0.79) | 1/2/2023 2:44:36 PM | TAB_178607 | 10.80.0.21-7434fa3b0a500015657 97cfc1906832c | Completed Call | 6203405987 |
| Wyandotte County Adult Detention Center | 178607 / 1786078111 | MATTHEW SCHLOBOHM | Debit | ($1.66) | 1/3/2023 1:20:48 PM | TAB_178607 | 10.81.0.21-790b58fa0a51001548d 95eff8adc0006 | Completed Call | 8168888888 |
| Wyandotte County Adult Detention Center | 178607 / 1786078111 | MATTHEW SCHLOBOHM | Debit | ($0.96) | 1/3/2023 3:17:14 PM | TAB_178607 | 10.69.1.21-7978d92c0a450115615 2e64e4c83a37a | Completed Call | 7858136971 |
| Wyandotte County Adult Detention Center | 178607 / 1786078111 | MATTHEW SCHLOBOHM | Debit | ($0.32) | 1/3/2023 3:32:14 PM | TAB_178607 | 10.69.1.41-7989f4ad0a4501295c6 49091f1120431 | Completed Call | 7858136971 |
| Wyandotte County Adult Detention Center | 178607 / 1786078111 | MATTHEW SCHLOBOHM | Debit | ($1.28) | 1/3/2023 4:01:18 PM | TAB_178607 | 10.69.1.21-799eff580a4501156152 e64e8936687a | Completed Call | 9137543279 |
| Wyandotte County Adult Detention Center | 178607 / 1786078111 | MATTHEW SCHLOBOHM | Debit | ($0.63) | 1/5/2023 10:37:17 AM | TAB_178607 | 10.89.0.21-82c6a18b0a590015031 b906dd7cab841 | Completed Call | 9132208684 |
| Wyandotte County Adult Detention Center | 178607 / 1786078111 | MATTHEW SCHLOBOHM | Payment | $20.00 | 1/7/2023 3:05:06 PM | WEBPortal | 20230107150505 14751995 | Vantiv Mastercard Card Payment | |
| Wyandotte County Adult Detention Center | 178607 / 1786078111 | MATTHEW SCHLOBOHM | Debit | ($0.55) | 1/7/2023 4:45:21 PM | TAB_178607 | 10.69.1.41-8e65a00c0a4501295c6 490914a36e1b3 | Completed Call | 8162345111 |
| Wyandotte County Adult Detention Center | 178607 / 1786078111 | MATTHEW SCHLOBOHM | Debit | ($1.84) | 1/7/2023 4:55:50 PM | TAB_178607 | 10.69.1.21-8e692a5f0a450115615 2e64ef96ce56e | Completed Call | 8162345111 |
| Wyandotte County Adult Detention Center | 178607 / 1786078111 | MATTHEW SCHLOBOHM | Debit | ($1.97) | 1/8/2023 2:31:14 PM | TABLET | c9ad85d4-be29-41ce-a2c9-1c40da06365f | Tablet Music | The Veldt (8 Minute Edit) |
| Wyandotte County Adult Detention Center | 178607 / 1786078111 | MATTHEW SCHLOBOHM | Debit | ($2.76) | 1/9/2023 10:57:23 AM | TAB_178607 | 10.81.0.21-9768e2a40a51001548d 95effd4f5eb69 | Completed Call | 8168888888 |
| Wyandotte County Adult Detention Center | 178607 / 1786078111 | MATTHEW SCHLOBOHM | Debit | ($0.55) | 1/9/2023 11:02:10 AM | TAB_178607 | 10.81.0.21-977770d50a51001548d 95eff5c45672a | Completed Call | 8168888888 |
| Wyandotte County Adult Detention Center | 178607 / 1786078111 | MATTHEW SCHLOBOHM | Debit | ($1.11) | 1/10/2023 2:00:00 PM | TAB_178607 | 10.82.0.21-9d3f11910a5200153ed dac13a8d5757a | Completed Call | 8165136008 |
| Wyandotte County Adult Detention Center | 178607 / 1786078111 | MATTHEW SCHLOBOHM | Debit | ($2.07) | 1/10/2023 2:15:44 PM | TAB_178607 | 10.68.0.21-9d466dc50a440015190 83c280d62d652 | Completed Call | 9135738855 *(Health Dept)* |

**TOTALS**

| Action Type | Quantity | Amount |
|---|---|---|
| Payment | 3 | $50.00 |
| Credit | 0 | $0.00 |
| Debit | 32 | ($49.91) |
| | 35 | $0.09 |

| Site | Account # / PIN | First/Last | Type | Amount | Date/Time (In Central Time) | User/Device | Reference # | Description | Comment / Call Number |
|---|---|---|---|---|---|---|---|---|---|
| Wyandotte County Adult Detention Center | 178607 / 1786078111 | MATTHEW SCHLOBOHM | Debit | ($0.16) | 1/10/2023 2:25:43 PM | TAB_178607 | 10.69.1.21-9d5a7d6e0a4501156152e64e40290907 | Completed Call | 9137543279 |
| Wyandotte County Adult Detention Center | 178607 / 1786078111 | MATTHEW SCHLOBOHM | Debit | ($2.38) | 1/10/2023 4:25:27 PM | TAB_178607 | 10.81.0.21-9dbb96650a51001518dd9332734511c9 | Completed Call | 9137543275 |
| Wyandotte County Adult Detention Center | 178607 / 1786078111 | MATTHEW SCHLOBOHM | Debit | ($0.75) | 1/10/2023 8:46:41 PM | TAB_178607 | 10.69.1.51-9eb463ae0a4501337fc531e1c6d16a02 | Completed Call | 6368914712 |
| Wyandotte County Adult Detention Center | 178607 / 1786078111 | MATTHEW SCHLOBOHM | Debit | ($0.93) | 1/10/2023 9:51:03 PM | TAB_178607 | 10.80.0.21-9eee8c6b0a500015657 97cfc20855412 | Completed Call | 6368914712 |
| Wyandotte County Adult Detention Center | 178607 / 1786078111 | MATTHEW SCHLOBOHM | Debit | ($2.42) | 1/12/2023 2:19:07 PM | TAB_178607 | 10.69.1.41-a795ed240a4501295c649091f9c3995b | Completed Call | 6169562754 |
| Wyandotte County Adult Detention Center | 178607 / 1786078111 | MATTHEW SCHLOBOHM | Debit | ($1.91) | 1/12/2023 2:42:58 PM | TAB_178607 | 10.69.1.31-a7ad23cc0a45011f7ad0ce7262ae1c9e | Completed Call | 9132208684 |
| Wyandotte County Adult Detention Center | 178607 / 1786078111 | MATTHEW SCHLOBOHM | Debit | ($0.56) | 1/12/2023 7:42:57 PM | TAB_178607 | 10.81.0.21-a8c74fdf0a51001518dd9332d7bb7437 | Completed Call | 6368914712 |

**TOTALS**

| Action Type | Quantity | Amount |
|---|---|---|
| Payment | 3 | $50.00 |
| Credit | 0 | $0.00 |
| Debit | 32 | ($49.91) |
| | 35 | $0.09 |