IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MATTHEW CHARLES SCHLOBOHM,

    Plaintiff,

    v.                                  CASE NO. 23-3014-JWL

DONALD ASH, et al.,

    Defendants.

**O R D E R**

Plaintiff filed this *pro se* civil rights case under 42 U.S.C. § 1983. On September 20, 2023, the Court entered a Memorandum and Order (Doc. 49) ordering the Wyandotte County Sheriff's Office ("WYSO") to submit a *Martinez* report. The *Martinez* report was filed, and the WYSO was granted leave to file a supplement to the report. (Doc. 63.) This matter is before the Court on a motion filed by the WYSO (Doc. 65) to file Exhibit 3 to the *Martinez* Report Supplement under seal.

The motion seeks to file under seal Plaintiff's medical records (Exhibit 3 to the *Martinez* Report Supplement; Doc. 66). WYSO states that Plaintiff will be provided a copy of the exhibit.

For good cause shown,

**IT IS THEREFORE ORDERED BY THE COURT** that the WYSO's motion (Doc. 65) to file Exhibit 3 (Doc. 66) to the *Martinez* Report Supplement under seal is **granted**.

**IT IS SO ORDERED**.

Dated April 3, 2024, in Kansas City, Kansas.

                                                    S/ John W. Lungstrum
                                                    JOHN W. LUNGSTRUM
                                                    UNITED STATES DISTRICT JUDGE