IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

MATTHEW CHARLES SCHLOBOHM,

    Plaintiff,                                          CASE NO. 23-3014-JWL

    v.

DONALD ASH, et. al.,

    Defendants.

## MOTION FOR EXTENSION OF TIME TO RESPOND TO COURT-ORDERED MARTINEZ REPORT

1      **COMES NOW** the Plaintiff, Matthew Charles Schlobohm, proceeding pro se, and
2  respectfully requests an extension of time to respond to the court-ordered Martinez Report. In
3  support of this motion, the Plaintiff states as follows:

4      1. On September 20, 2023, this Court ordered the submission of a Martinez Report.

5      2. The Plaintiff is currently reviewing a substantial volume of documents provided by the
6  Interested Party, which is necessary to properly address the Martinez Report.

7      3. The Plaintiff requires additional time to thoroughly review the documents to ensure a
8  complete and accurate response, particularly to object to any "false and misleading" information
9  and "conclusory and self-serving affidavits" contained therein.

10      4. The Plaintiff believes that the extension of time will not prejudice any party and will
11  serve the interests of justice by allowing for a more comprehensive and well-founded response to
12  the Martinez Report.

5. The Plaintiff requests the extension out of necessity due to the volume and confounding nature of the documents received.

WHEREFORE, the Plaintiff respectfully requests that this Court grant an extension of seven days or another period of time to respond to the Martinez Report.

Plaintiff requests any other relief this Court deems just and proper in the interests of justice and transparency.

**Respectfully submitted,**

**s/ Matthew Charles Schlobohm**

**April 12, 2024**

**Plaintiff**

4210 Clark Ave., Apt 302

Kansas City, MO 64111

816-621-9149

matthew.schlobohm@gmail.com

**CERTIFICATE OF SERVICE**

**I hereby certify that on this day of April 12, 2024, a true and correct copy of the foregoing Motion for Clarification was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification to all parties required to be served.**

**s/ Matthew Charles Schlobohm**

**April 12, 2024**

36                                                                                                    **Plaintiff**

3