IN THE UNITED STATES DISRICT COURT

FOR THE DISTRICT OF KANSAS

MATTHEW CHARLES SCHLOBOHM,

     **Plaintiff,**

     **v.**                          **CASE NO. 23-3014-JWL**

**DONALD ASH, et al.,**

     **Defendants.**

## MOTION FOR LEAVE TO AMEND PREVIOUS MOTION TO COMPEL COMPLIANCE WITH COURT-ORDERED MARTINEZ REPORT

**COMES NOW** the Plaintiff, Matthew Charles Schlobohm, proceeding pro se, and respectfully moves this Honorable Court for leave to amend his Motion to Compel Compliance with the Court-Ordered Martinez Report, dated April 12, 2024. In support of this Motion, Plaintiff states as follows:

Plaintiff previously filed a Motion to Compel Compliance with a Court-Ordered Martinez Report, seeking to compel the Interested Party to provide certain known-recordings and evidence to assist the Court in screening the Amended Complaint.

Upon review, Plaintiff has recognized an error in his understanding of the Court's previous order regarding the sealing of documents. Specifically, Plaintiff mistakenly believed that the entire Supplement to the Martinez Report was sealed by the Court's order, when in fact,

7    only Exhibit 3 (Doc. 70) of the Supplement (Doc. 67) to the Martinez Report (Doc. 60) was

8    under seal.

9        Due to this misunderstanding, Plaintiff now seeks to amend the Motion to Compel to

10   accurately reflect the sealing order and to specify the "known recordings" he wishes the

11   Interested Party to provide. These recordings not only are helpful for the Court's screening of the

12   Amended Complaint as Plaintiff has previously addressed but also determinative in ascertaining

13   the veracity of the submitted materials as being reflective of reality and suggestive of fraud upon

14   the court.

15       The amendment sought is in the interests of justice, allowing for a more thorough and

16   precise review by the Court of the Amended Complaint, and ensuring that all relevant and

17   material evidence is considered.

18       The Federal Rules of Civil Procedure and D. Kan. Rule 15.1 allow for amendments to

19   pleadings, and Plaintiff respectfully requests that the Court grant him leave to amend his Motion

20   to Compel in accordance with these rules.

21       Plaintiff regrets the error and seeks to correct the record to prevent any confusion and to

22   ensure the integrity of the proceedings.

23       WHEREFORE, Plaintiff, Matthew Charles Schlobohm, respectfully requests that this

24   Court grant him leave to amend his previous Motion to Compel Compliance with the Court-

25   Ordered Martinez Report to accurately reflect the documents under seal and to specify the

26   "known recordings" he wishes the Interested Party to provide. Plaintiff believes that such an

27   amendment will aid the Court in its screening of the Amended Complaint and is in the interests

28   of justice.

Respectfully submitted,

<u>s/ Matthew Charles Schlobohm</u>

Plaintiff

DATED: April 14, 2024

4210 Clark Avenue, Apt. 302

Kansas City, MO 64111

(816)621-9149

matthew.schlobohm@gmail.com

**CERTIFICATE OF SERVICE**

**I hereby certify that on this day of April 14, 2024, a true and correct copy of the foregoing Motion for Clarification was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification to all parties required to be served.**

<u>**s/ Matthew Charles Schlobohm**</u>

**April 14, 2024**

**Plaintiff**