IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MATTHEW CHARLES SCHLOBOHM,

    **Plaintiff,**

    v.                                          CASE NO. 23-3014-JWL

DONALD ASH, et al.,

    **Defendants.**

**O R D E R**

This matter comes before the Court on three motions filed by Plaintiff. The first is titled "Motion to Compel Compliance with Court-Ordered Martinez Report" (Doc. 71). In the motion, Plaintiff again asks the Court to compel the defendants to produce "all recordings related to Plaintiff's claims forthwith." (Doc. 71, at 4.) He asserts that "[t]he recordings in question are of paramount importance for the Court to adequately screen Plaintiff's Amended Complaint." *Id.* at 2. Plaintiff further states that the recordings are "known to exist." *Id.* at 1. He concludes by asking the Court to consider sanctioning the Interested Party for failing to include the recordings in the report. *Id.* at 4.

As the Court explained in a previous order, the *Martinez* Report order (Doc. 49) stated as follows: "Copies of pertinent rules, regulations, official documents, and, wherever appropriate, the reports of medical or psychiatric examinations shall be included in the written report. **Any recordings related to Plaintiff's claims shall also be included**." (Doc. 49, at 3 (emphasis added).) Given this directive, the Court has already ordered the Interested Party to produce, as part of the *Martinez* Report, all recordings related to Plaintiff's claims. The fact that the Interested

Party has not produced any recordings indicates to the Court that no recordings exist. If Plaintiff has reliable evidence to the contrary, he should present it. Plaintiff's motion is denied.

Plaintiff also includes a request to deny the Interested Party's request to seal Exhibit 3 to the Martinez Report Supplement. *Id.* at 4. However, in a later motion (Doc. 73) discussed below, Plaintiff states that he misunderstood what was being sealed and withdraws his request at this time. (Doc. 73, at 2.)

Plaintiff's second motion is a Motion for Extension of Time to Respond to Court-Ordered Martinez Report (Doc. 72). He seeks an extension of at least seven (7) days to file a response to the report. For good cause shown, Plaintiff's motion is granted. The deadline to file his response is May 2, 2024.

Plaintiff's third motion is titled "Motion for Leave to Amend Previous Motion to Compel Compliance with Court-Ordered Martinez Report." (Doc. 73.) He states that he mistakenly believed the entire supplement to the report was sealed rather than only Exhibit 3 to the supplement. He further states that he wants to amend his prior motion (Doc. 71) to identify the "known recordings" that he wants the Interested Party to provide. Plaintiff's motion is granted. He may file an amended version of Doc. 71, and the Court will consider it.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Compel Compliance with Court-Ordered Martinez Report (Doc. 71) is **denied**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Extension of Time to Respond to Court-Ordered Martinez Report (Doc. 72) is **granted**. Plaintiff's response to the *Martinez* Report must be filed on or before **May 2, 2024**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to Amend Previous Motion to Compel Compliance with Court-Ordered Martinez Report (Doc. 73) is **granted**. Plaintiff may file an amended version of Doc. 71 if he wishes, no later than **May 2, 2024**.

**IT IS SO ORDERED.**

**DATED:  This 19th day of April, 2024, at Kansas City, Kansas.**

> **S/ John W. Lungstrum**
> **JOHN W. LUNGSTRUM**
> **UNITED STATES DISTRICT JUDGE**