IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

MATTHEW CHARLES SCHLOBOHM,

        Plaintiff,                              CASE NO. 23-3014-JWL

v.

DONALD ASH, et al.,

        Defendant.

**PLAINTIFF'S MOTION FOR RECONSIDERATION OF ITS PREVIOUS "MOTION TO EXERCISE SUPPLEMENTAL JURISDICTION" (ECF No. 77)**

Pro se Plaintiff, Matthew Charles Schlobohm, respectfully requests reconsideration of his previous motion for this court to exercise supplemental jurisdiction[1] (ECF No. 77, in part). In support of this motion, Plaintiff states as follows:

1. On May 2, 2024, this Court stated as follows:

> *As the Court explained in a previous order, the* Martinez *Report order (Doc. 49) stated as follows: "Copies of pertinent rules, regulations, official documents, and, wherever appropriate, the reports of medical or psychiatric examinations shall be included in the written report.* ***Any recordings related to the Plaintiff's claims shall also be included.****" (Doc. 49, at 3 (emphasis added.)) Given this directive, the Court has already ordered the Interested Party to produce, as part of the* Martinez *Report, all recordings related to Plaintiff's claims. The fact that the Interested Party has not produced any recordings indicates to the Court that no recordings exist.* ***If Plaintiff has reliable evidence to the contrary, he should present it****. (ECF No. 74, 1-2 (emphasis added).)*

---

[1] Plaintiff apologies if this is not the correct legal terminology.

2. On May 11, 2024, Plaintiff submitted the motion for which he now seeks reconsideration (ECF No. 77). The entire reasoning for this motion was to provide to the court the "reliable evidence to the contrary," as directed by the Court (ECF No. 74 at 2).

3. Plaintiff stated and affirmed with his signature the following:

> *Upon information and belief, and according to RFPs from other years,* **this jail management software RFP lays out in detail** *exactly* **how, where** *(answer: on the premises of the Wyandotte County Adult Detention Center)* **and in what state** *(answer: physical servers)* **the audio-video surveillance that is installed throughout the facility and inside the solitary confinement cells** *where Plaintiff was seized, tortured, denied his medication, denied medical care, denied a court date or bond for weeks, endured deliberate poisoning of his food (as captured on video) and held without cause let alone a hearing as retaliation for the filing of grievances and the attempt to file this civil rights action* **will be stored and who has access to this data** *(answer: up to dozens of people – who can also edit the data).* (ECF No. 77, Page 4 at 15 (emphasis added).)

4. Given the explicit opportunity by the Court to provide "reliable evidence to the contrary" regarding the non-compliance by the Interested Party of the Court's order to produce "any recordings related to Plaintiff's claims," (ECF No. 49, at 3), Plaintiff brought this reliable evidence to the Court's attention through its "Motion to Exercise Supplemental Jurisdiction" only to have the Court deny the request despite the substantive value underlying the request.

5. If Plaintiff unartfully has worded his motion yet brought to the Court's attention actual substantial and reliable evidence or the prospect thereof, then Plaintiff requests that the Court look to the substance of his motion and request rather than the procedural barriers preventing the reliable evidence from coming to light.

WHEREFORE, Plaintiff respectfully requests that the Court reconsider its previous order denying Plaintiff's Motion to Exercise Supplemental Jurisdiction or to

take whatever action appropriate to obtain the reliable evidence for which it permitted Plaintiff to present and is known to exist, as indicated above.

Respectfully submitted,

**/s/ Matthew Charles Schlobohm**
Matthew Charles Schlobohm
Plaintiff
4210 Clark Avenue, Apt. 302
Kansas City, MO 64111
(816) 621-9149
matthew.schlobohm@gmail.com
DATED: May 20, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on this day of May 20, 2024, a true and correct copy of the foregoing "PLAINTIFF'S MOTION FOR RECONSIDERATION OF ITS PREVIOUS "MOTION TO EXERCISE SUPPLEMENTAL JURISDICTION" (ECF No. 77)" was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification to all parties required to be served.

**/s/ Matthew Charles Schlobohm**
**Plaintiff**