IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

MATTHEW CHARLES SCHLOBOHM,

          **Plaintiff,**                    **CASE NO. 23-3014-JWL**

**v.**

DONALD ASH, et al.,

          **Defendant.**

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR ALL PENDING MOTIONS**

Plaintiff, Matthew Charles Schlobohm, proceeding pro se, hereby submits this Motion for Extension of Time for All Pending Motions and states as follows:

1. Plaintiff was the victim of an unprovoked physical assault on May 16, 2024, and he has not been able sufficiently to attend to his response to the *Martinez* Report (Doc. 60) or his amended Motion to Compel due to this situation and its aftermath.

2. Currently, the deadline for a response to the *Martinez* Report and Plaintiff's Amended Motion to Compel (Doc. 73) is on or before May 24, 2024.

3. Currently before the court is Plaintiff's Motion for Reconsideration (Doc. 80) and Supplement of same (Doc. 81). Plaintiff requests this extension additionally in light of the Court not having ruled on these vital motions.

4. Because no party has been served in this matter, Plaintiff believes that the extension of time will not prejudice any party and it will serve the interest of justice.

WHEREFORE, Plaintiff requests an extension of **21 calendar days or another date that the Court deems appropriate given the totality of the circumstances.** Plaintiff further requests any other relief the Court deems just and proper.

2

Respectfully submitted,

**/s/ _Matthew Charles Schlobohm_**
Matthew Charles Schlobohm
Plaintiff
4210 Clark Avenue, Apt. 302
Kansas City, MO 64111
(816) 621-9149
matthew.schlobohm@gmail.com
DATED: May 24, 2024

3

## CERTIFICATE OF SERVICE

I hereby certify that on this day of May 24, 2024, a true and correct copy of the foregoing "PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR ALL PENDING MOTIONS" was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification to all parties required to be served.

/s/ *Matthew Charles Schlobohm*
**Plaintiff**