July 26, 2024

Clerk of the District Court for the District of Kansas
Re: Case No. 23-3014-JWL

Dear Clerk of the Honorable Kansas District Court,

I am writing to the Court today as a former pretrial detainee proceeding pro se in a civil rights action, and as an individual who strives to uphold high personal ethics. I deeply regret my failure to uphold these standards in a previous motion submitted to this Court. The language I used was flippant, unintentionally disrespectful, and unbecoming, not only to the esteemed members of this Court but also to the Court as an institution for which I have always regarded as a beacon of fair-minded justice. For this and more, I am truly and profoundly sorry.

Upon reflection, I feel a gut-wrenching sense of shame and regret for my careless actions. The words I chose and the way I expressed them were a stark departure from the considered and professional discourse fundamental to our legal system, as well as from my own personal approach. This realization has been both humbling and devastating, serving as a personal and public guidepost of the importance of thoughtful communication.

Navigating the legal system without legal representation, I understand that I am not bound by the same professional standards as an attorney. However, I assure the members of the Court that I am fully committed to rectifying this lapse in judgment. I recognize the significance of maintaining a respectful and constructive dialogue within the legal process, and I am dedicated to ensuring that all my future communications and actions reflect this understanding.

Thank you for the opportunity to offer my sincere apology. I do so not for ulterior motives or manipulative purposes, but because I am intrinsically compelled to do so.

With deepest humility and respect,

Matthew Schlobohm
4210 Clark Avenue #302, Kansas City, MO 64111
(816) 621-9149
matthew.schlobohm@gmail.com