IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MATTHEW CHARLES SCHLOBOHM,

        **Plaintiff,**

    v.                                CASE NO. 23-3014-JWL

DONALD ASH, et al.,

        **Defendants.**

## O R D E R

This matter comes before the Court on Plaintiff's Motion for Extension of Time (Doc. 86). Plaintiff asks for additional time to respond to the Memorandum and Order to Show Cause ("MOSCII") (Doc. 82). The current deadline is August 23, 2024. Plaintiff states that he has limited access to Westlaw at the public library, limited time due to a full-time job, and recently contracted COVID. He asks that the deadline to respond to the MOSCII be extended seven (7) days.

For good cause shown, Plaintiff's request for an extension is granted. The deadline to file a response to the MOSCII is extended to September 6, 2024.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Extension of Time (Doc. 86) is **granted**. The deadline for Plaintiff to file a response to the MOSCII (Doc. 82) is extended to **September 6, 2024**.

**IT IS SO ORDERED.**

Dated August 26, 2024, in Kansas City, Kansas.

                                              <u>S/   John W. Lungstrum</u>
                                              JOHN W. LUNGSTRUM
                                              UNITED STATES DISTRICT JUDGE