September 24, 2024

Matthew Charles Schlobohm
Case No. 23-3014-JWL

Dear Honorable Judge Lungstrum,

  I respectfully submit this letter to bring to the Court's attention significant discrepancies and concerns that have arisen in relation to the documentation provided by the Interested Party and Wellpath, LLC, specifically concerning "Exhibit 3" of the Supplement (Doc. 66) to the Martinez Report (Doc. 60).

 Upon careful review of the Court's Show Cause Order (Doc. 82), it has become apparent that the electronic version of "Exhibit 3" submitted to the Court and the physical copy that was conventionally delivered to me are not the same. The Show Cause Order references specific page numbers and details within the sealed Exhibit, such as:

- "Wellpath also sent a Release of Information form...asking for Plaintiff's most recent medication list. (Doc. 60-1, at 13, 14.)" (Doc. 82, at 10.)
- "The information received back did not reflect Xarelto or any additional current prescriptions. (Doc. 66, 186.)" (id.)
- "As for treatment for COVID, Plaintiff's medical records show he reported symptoms on December 20, 2022, and tested positive on December 21, 2022. (Doc. 66, at 8.)" (Doc. 82, at 10.)
- "[t]he Doctor entered the following orders.... (Doc. 66, at 151.)" (Doc. 82, at 10-12.)

 The discrepancies between the physical copy of "Exhibit 3" I received and the electronic version referenced by the Court raise serious concerns about the integrity and accuracy of the evidence presented. Consequently, as part of my Response to the Martinez Report and to Show Good Cause in response to the Order to Show Cause (Doc. 82), I am submitting the conventionally delivered "Exhibit 3" to the Court for consideration. In line with this, I respectfully request that both the conventionally delivered and electronically provided versions of "Exhibit 3" be unsealed to allow for a thorough comparison and review.

 Furthermore, I wish to address a matter of grave concern regarding the purported Health Service Administrator for Wellpath LLC, "Dee-Dee Gregory, RN."

 A diligent search of the Kansas Board of Nursing License Verification website[1] reveals <u>no record of such an individual</u>, suggesting a deliberate obfuscation of identity by the person in question, as well as by the Interested Party and its attorney, Joni S.

---

[1] License Status Verification | ksbn.kansas.gov

Cole. This issue not only questions the authenticity of the representations made to this Court but also highlights a potential disregard for the legal and ethical standards expected in these proceedings.

Given the severity of these discrepancies and the potential implications on the integrity of the judicial process, I believe a hearing is necessary to determine the true identity and qualifications of "Dee-Dee Gregory, RN," and to address the apparent deception by Wellpath, LLC and Joni S. Cole.

Accordingly, I suggest that the Court consider imposing contempt and sanctions as appropriate measures to uphold the principles of justice and accountability. I also suggest that the sealed Exhibit 3 to the Martinez Report Supplement be stricken in its entirety.

I am prepared to provide any further information or documentation the Court may require in relation to these matters. I also wish to inform the Court that I am working in good-faith to complete my Response to the Show Cause Order (Doc. 82). I trust that the Court will find these submissions and requests in the interest of justice and the integrity of the judicial process.

Thank you for your attention to these significant concerns.

Sincerely,

*s/ Matthew Charles Schlobohm*
Matthew Schlobohm
4210 Clark Ave., Apt 302
Kansas City, MO 64111
(816)621-9149
matthew.schlobohm@gmail.com