IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MATTHEW CHARLES SCHLOBOHM, | } |
| Plaintiff, | } CASE NO. 23-3014-JWL |
| v. | } |
| DONALD ASH, et al., | } |
| Defendant. | } |

**DECLARATION OF MATTHEW CHARLES SCHLOBOHM**

I, Matthew Charles Schlobohm, declare under penalty of perjury under the laws of the United States of America that the following is true and correct to the best of my knowledge, information and belief:

1. I am the pro se plaintiff in this case.

2. I am 41 years old, a graduate of Kansas State University, and I have personal knowledge of the statements and facts contained herein, which establishes my competence to make this declaration.

3. I received "Exhibit 3" to the Supplement (Doc. 66) of the Martinez Report (Doc. 60) conventionally delivered to me via USPS by the Interested Party and its attorney, Joni S. Cole.

4. Attached hereto as "Exhibit F" is a true and correct copy of the aforementioned "Exhibit 3" as it was delivered to me.

5. This declaration is made in support of my motion for a protective order to view the sealed "Exhibit 3" to ensure the integrity of the judicial process and for the Court's

consideration of the discrepancies between the versions of "Exhibit 3" submitted to the Court.

Pursuant to 28 U.S.C. § 1746, which allows for unsworn declarations under penalty of perjury, I affirm that the contents of this declaration are true and correct to the best of my knowledge, understanding, and belief.

Executed on this 25th day of September, 2024.

                                  Respectfully submitted,

                                  ***/s/ Matthew Charles Schlobohm***
                                  Matthew Charles Schlobohm
                                  Plaintiff
                                  4210 Clark Avenue, Apt. 302
                                  Kansas City, MO 64111
                                  (816) 621-9149
                                  matthew.schlobohm@gmail.com
                                  DATED: September 25, 2024

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day of September 25, 2024, a true and correct copy of the foregoing "**DECLARATION OF MATTHEW CHARLES SCHLOBOHM**" was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification to all parties required to be served.

*/s/ Matthew Charles Schlobohm*
**Plaintiff**