# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

MATTHEW CHARLES SCHLOBOHM,

        **Plaintiff,**

v.                           Case No. 23-3014-JWL

DONALD ASH, (FNU) FEWELL, (FNU) MEADOR, (FNU) RAMIREZ, (FNU)(LNU)(1) REGISTERED NURSE, (FNU)(LNU)(2) PROGRAMS STAFF, (FNU)(LNU)(3) COMMISSARY MANAGER FOR ARAMARK, (FNU) HILL, WELLPATH, LLC, DANNY K., STANTON, (FNU) LYONS, UNITED GOVERNMENT OF WYANDOTTE COUNTY, KANSAS CITY, KANSAS, WYANDOTTE COUNTY SHERIFF'S DEPARTMENT, ESMERALDA WILSON, KARINA PURCELL, D. DULL, (FNU) TAYLOR and (FNU) BOND ,

        **Defendants.**

## JUDGMENT IN A CIVIL CASE

**( )**   **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(x)**   **DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed for failure to state a claim upon which relief may be granted.

Entered on the docket 09/27/24

**Dated: September 27, 2024**         SKYLER B. O'HARA
                                                CLERK OF THE DISTRICT COURT

                                                 s/S. Nielsen-Davis
                                                 **Deputy Clerk**