IN THE UNITED STATES DISRICT COURT

FOR THE DISTRICT OF KANSAS

**MATTHEW CHARLES SCHLOBOHM,**

    **Plaintiff,**

    v.                                                                             CASE NO. 23-3014-JWL

**DONALD ASH, et al.,**

    **Defendants.**

---

### MOTION FOR RELIEF DUE TO TECHNICAL FAILURE UNDER LOCAL RULE 5.4.3 and MOTION FOR EXTENSION TO SUBMIT MOTION TO RECONSIDER

**COMES NOW** the Plaintiff, Matthew Charles Schlobohm, proceeding pro se, and respectfully moves this Court for relief under Local Rule 5.4.3 due to a technical failure that prevented the timely filing of a Motion for Reconsideration under Rule 59(e). In support of this motion, Plaintiff attaches as **Exhibit 1** the email chain among the Plaintiff, District clerk personnel, and District PACER personnel that demonstrates the nature of the technical failure which was out of Plaintiff's control and for which he attempted to cure on his own repeatedly but for which was ultimately and always out of his control, as shown by the appearance on the docket today "DOCKET ANNOTATION: Plaintiff Matthew Charles Schlobohm, I is a registered pro se participant with e-filing & ECF notifications. (gw) (Entered: 10/28/2024)" immediately after the email correspondence and Plaintiff's resumed ability to access documents (or the system entirely) stored on PACER subsequent to the District personnel's action

Plaintiff states as follows:

1. This Motion seeks relief for an untimely filing caused by a technical failure, specifically an inability to access the Public Access to Court Electronic Records (PACER) system from October 21, 2024, until approximately 11:30 AM CST on the current date. This failure was beyond the Plaintiff's control and has prejudiced the Plaintiff's case.
2. The Plaintiff made repeated and good faith efforts to resolve the access issue, as documented in the email chain attached as Exhibit 1. These efforts demonstrate Plaintiff's proactive approach to rectifying the situation, unaware that the resolution of the problem was beyond his control and required intervention by District PACER personnel.
3. The technical issue was resolved instantly by the action of District PACER personnel on the current date, as demonstrated in the attached Exhibit 1 and subsequent immediate ability of Plaintiff to access PACER. This resolution underscores that the technical failure was beyond Plaintiff's control.
4. The inability to access docket documents stored on PACER prevented the Plaintiff from filing the Motion to Reconsider within the prescribed timeframe, thereby prejudicing the Plaintiff's case.
5. Under Local Rule 5.4.3, "[a] Filing User whose filing is made untimely as a result of a technical failure may seek appropriate relief from the court." The Plaintiff's situation falls squarely within the ambit of this rule, given the documented technical failure and the Plaintiff's diligent efforts to seek a resolution.
6. Given the technical difficulties experienced, which were resolved only on the current date, the Plaintiff respectfully requests an additional 24 hours to file the Motion to Reconsider. This request is made considering the Plaintiff's inability to access necessary documents on PACER to prepare the motion adequately.
7. The inability to file the Motion to Reconsider within the prescribed time frame has prejudiced the Plaintiff's case, potentially affecting the Plaintiff's ability to seek a review of the Court's previous orders.

The Plaintiff respectfully requests that this Court grant this Motion for Relief due to Technical Failure under Local Rule 5.4.3, allow an additional day from this

date for the filing of the Motion to Reconsider, consider that Motion to Reconsider as timely filed, notwithstanding the technical failure that prevented its filing within the specified time frame. and provide such other and further relief as the Court deems just and proper.

Respectfully submitted,

*/s Matthew Charles Schlobohm*
Plaintiff
4210 Clark Ave. Apt 302
Kansas City, MO 64111
(816)621-9149
matthew.schlobohm@gmail.com
DATED: October 28, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on this day of October 28, 2024, a true and correct copy of the foregoing "**MOTION FOR RELIEF DUE TO TECHNICAL FAILURE UNDER LOCAL RULE 5.4.3 and MOTION FOR EXTENSION TO SUBMIT MOTION TO RECONSIDER**" was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification to all parties required to be served.

*/s/ Matthew Charles Schlobohm*
**Plaintiff**