Outlook



**Re: PACER issue**

**From** Matthew Schlobohm <matthew.schlobohm@gmail.com>
**Date** Mon 10/28/2024 11:25 AM
**To**  KSD_Attorney_Registration <KSD_Attorney_Registration@ksd.uscourts.gov>; KSD_Clerks_KansasCity <KSD_Clerks_KansasCity@ksd.uscourts.gov>

I was trying to download docs off the docket in my case as well as other cases.

Matt Schlobohm
816.621.9149
Get Outlook for Android

---

**From:** KSD_Attorney_Registration <KSD_Attorney_Registration@ksd.uscourts.gov>
**Sent:** Monday, October 28, 2024 11:22:51 AM
**To:** KSD_Clerks_KansasCity <KSD_Clerks_KansasCity@ksd.uscourts.gov>; Matthew Schlobohm <matthew.schlobohm@gmail.com>
**Subject:** RE: PACER issue

Good morning,

Your application to e-file has not yet been approved. I also see your case has been closed. Can you please tell me what you plan to file?

Thank you,

*Gretchen*

Gretchen Welk
USDC – District of Kansas
500 State Avenue, Room 259
Kansas City, KS 66101-2441
PH: (913)735-2213

---

**From:** KSD_Clerks_KansasCity <KSD_Clerks_KansasCity@ksd.uscourts.gov>
**Sent:** Monday, October 28, 2024 11:14 AM
**To:** Matthew Schlobohm <matthew.schlobohm@gmail.com>
**Cc:** KSD_Attorney_Registration <KSD_Attorney_Registration@ksd.uscourts.gov>
**Subject:** RE: PACER issue

We have no control over PACER technical issues; however, I am forwarding your correspondence to our attorney registration coordinator for guidance (if any) and to check any potential issues with CM/ECF.

Thank you.

Sincerely,

**JEFF HOKANSON**, Deputy Clerk

**U.S. District Court
District of Kansas**
www.ksd.uscourts.gov

Kansas City: (913) 735-2200
ksd_clerks_kansascity@ksd.uscourts.gov

Topeka: (785) 338-5400
ksd_clerks_topeka@ksd.uscourts.gov

Wichita: (316) 315-4200
ksd_clerks_wichita@ksd.uscourts.gov

---

**From:** Matthew Schlobohm <matthew.schlobohm@gmail.com>
**Sent:** Monday, October 28, 2024 10:29 AM
**To:** KSD_Clerks_KansasCity <KSD_Clerks_KansasCity@ksd.uscourts.gov>
**Subject:** PACER issue

**CAUTION - EXTERNAL:**

Clerk,

I have been unable to login to the system using my laptop since the end of last week, but it seems to work on my phone.

It keeps giving an error stating that I need to allow cookies, delete current cookies and restart the browser. I did this...over and over. I switched browsers. Same result. I restarted my computer, wiped the Windows cache, reinstalled Chrome. Same result. Now I have missed my deadline which is devastating and unfair.

Do you know what's going on with PACER or what could be causing this issue?

Matt Schlobohm
816.621.9149
Get Outlook for Android

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.