IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MATTHEW SCHLOBOHM,

    **Plaintiff,**

v.      CASE NO. 23-3014-JWL

DONALD ASH, et al.,

    **Defendants.**

### Notice of Supplemental Authority

Plaintiff, Matthew Schlobohm, respectfully submits this Notice of Supplemental Authority to inform the Court of a recent development relevant to the legal arguments presented in this case. Specifically, the United States Supreme Court has granted certiorari in the case of *Waetzig v. Halliburton Energy Services*, 82 F.4th 918 (10th Cir. 2023), a case relied upon by Plaintiff in prior filings. In support of this Notice, Plaintiff states as follows:

1. **Case Information**:

    On October 4, 2024, the United States Supreme Court granted certiorari in *Waetzig v. Halliburton Energy Services*, No. 23-971. The decision below, issued by the Tenth Circuit, is reported at 82 F.4th 918 (10th Cir. 2023). The Supreme Court will address the following question:

    > "Federal Rule of Civil Procedure 60(b) empowers district courts, on just terms and under circumstances specified in that Rule, to 'relieve a party or its legal representative from a final judgment, order, or proceeding.' The question presented, which has divided the courts of appeals, is whether a

Rule 41 voluntary dismissal without prejudice is a 'final judgment, order, or proceeding' under Rule 60(b)."[1]

2. **Relevance to Plaintiff's Case**:

    Plaintiff has relied on the Tenth Circuit's decision in *Waetzig* in support of arguments made in this case, particularly regarding the interpretation of Federal Rules of Civil Procedure 41 and 60(b). The Supreme Court's review of *Waetzig* may have significant implications for the legal principles and precedents applicable to this matter.

3. **Purpose of Notice**:

    This Notice is submitted to ensure that the Court is aware of this development and may take it into consideration in any pending motions or decisions.

Plaintiff respectfully requests that the Court take notice of the Supreme Court's grant of certiorari in *Waetzig v. Halliburton Energy Services* and consider its potential impact on the issues presented in this case.

Respectfully submitted,

*s/ Matthew Schlobohm*
Plaintiff
4210 Clark Ave., Apt. 302
Kansas City, Missouri 64111
(816)621-9149
matthew.schlobohm@gmail.com
DATED: December 26, 2024

---

[1] https://www.supremecourt.gov/qp/23-00971qp.pdf

# CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2024, a true and correct copy of the foregoing "Notice of Supplemental Authority" was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties or their counsel of record.

*/s/ Matthew Schlobohm*
Plaintiff