IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MATTHEW SCHLOBOHM,

    Plaintiff,

    v.                                                               CASE NO. 23-3014-JWL

DONALD ASH, et al.,

    Defendants.

**MOTION TO SUBMIT AMENDED AFFIDAVIT OF FINANCIAL STATUS UNDER SEAL**

Plaintiff, Matthew Schlobohm, respectfully moves this Court for leave to submit an amended Affidavit of Financial Status under seal in connection with his application to proceed in forma pauperis (IFP) on appeal to the Tenth Circuit. In support of this motion, Plaintiff states as follows:

1. On February 26, 2025, Plaintiff submitted an Affidavit of Financial Status to this Court in support of his IFP application.

2. Since the submission of the original affidavit, Plaintiff has experienced a material change in his financial circumstances, necessitating the filing of an amended Affidavit of Financial Status to ensure the Court has accurate and up-to-date information for its evaluation of Plaintiff's IFP application.

3. The Affidavit of Financial Status contains sensitive and confidential financial information, including details of Plaintiff's income, assets, liabilities, and expenses. Public disclosure of this information could compromise Plaintiff's privacy and subject him to potential harm.

4. To protect the confidentiality of Plaintiff's financial information, Plaintiff requests that the Court permit the amended Affidavit of Financial Status to be filed under seal, consistent with the Court's discretion under applicable rules and precedent.

WHEREFORE, Plaintiff respectfully requests that this Court grant leave to file the amended Affidavit of Financial Status under seal and take such other action as the Court deems just and proper.

Respectfully submitted,

*s/ Matthew Schlobohm*
Pro Se Plaintiff
4210 Clark Ave., Apt. 302
Kansas City, Missouri 64111
(816)237-8896
matthew.schlobohm@gmail.com
DATED: March 3, 2025

## AFFIDAVIT OF FINANCIAL STATUS

Attached hereto is Plaintiff's amended affidavit of financial status, which provides a detailed account of all assets, income, and liabilities, as required by Rule 24(a)(1).

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2025, a true and correct copy of the foregoing "MOTION TO SUBMIT AMENDED AFFIDAVIT OF FINANCIAL STATUS UNDER SEAL" was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties or their counsel of record.

*s/ Matthew Schlobohm*
Plaintiff